## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:21cv23713

**JUAN RAMON GOMIS RABASSA,**

      **Petitioner,**

**vs.**

**UNITED STATES OF AMERICA;**
**INTERNAL REVENUE SERVICE;**
**AND BANCO DE SABADELL, S.A.**

      **Respondents.**

_____/

### PETITION TO QUASH SUMMONS

Pursuant to 26 U.S.C § 7609(b)(2), Petitioner Juan Ramon Gomis Rabassa (the "Petitioner") respectfully petitions this Honorable Court to quash a summons, attached hereto as **Exhibit A** (the "Summons"), issued by one of the Respondents, the Internal Revenue Service (the "IRS"), to another of the Respondents, Banco de Sabadell, S.A. (the "Bank"). The Summons, evidently served on behalf of the government of Spain, seeks records relating to the Petitioner's alleged Spanish income tax liabilities pursuant to the U.S.-Spain tax treaty formally known as the "The Convention Between The United States Of America And The Kingdom Of Spain For The Avoidance Of Double Taxation And The Prevention Of Fiscal Evasion With Respect To Taxes On Income, Together With A Related Protocol, Signed At Madrid On February 22, 1990."

### JURISDICTION AND PARTIES

1.      Jurisdiction is conferred on this Court by 26 U.S.C. § 7609(h)(1), which provides, in pertinent part, that "[t]he United States district court for the district with which the person to be

summoned resides or is found shall have jurisdiction to hear and determine any proceedings brought under subsection (b)(2)."

2.      The Summons was issued to the Bank at 1111 Brickell Avenue, Suite 3010, Miami, Florida 33131, its principal place of business as registered with Florida's Division of Corporations. The Bank is named as a Respondent in this action only insofar as it was the recipient of the Summons.

5.      The Petitioner is a citizen and resident of the Dominican Republic, with an address of: Hector Inchaustegui 19, Piantini 10148 Santo Domingo (Dominican Republic). *See* **Exhibit B**.

3.      This Petition, in substance, is directed at the United States of America as Respondent, with the two (2) other Respondents made a party as a procedural formality.

4.      This Petition is timely filed within 20 days after October 4, 2021, the date upo which the Petitioner was notified of the Summons to the Bank.

5.      The Petitioner timely notified the Bank and the IRS of this Petition to Quash by sending a copy of this petition by certified mail on October 21, 2021, (the business day following this filing) to the following addresses:

a.      The United States of America, pursuant to Fed. R. Civ. P. 4 by (A) sending a copy of each by registered or certified mail to the United States Attorney's Office for the Southern District of Florida, Civil Process Clerk, 99 N.E. 4th Street, Miami, Fl. 33132; and (B) sending a copy of each by registered or certified mail to the Attorney General of the United States at the U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-

0001;

b.  Banco de Sabadell, S.A., 1111 Brickell Avenue, Suite 3010, Miami, Florida

33131; and

c.  Internal Revenue Service, 7850 SW 6th Court, Room 355, Plantation, FL

33324, Attn: Jeffrey Kramer.

*See* 26 U.S.C. § 7609(b)(2)(B).

## **OBJECTIONS**

6.      The IRS contacted third parties regarding the tax liabilities alleged in the Summons

without providing any advance notice to the Petitioner that third party contacts might be

undertaken, as required by both 26 U.S.C. § 7602(c)(l) and 26 C.F.R. § 301.7602-2(d)(l).

7.      The Summons was not properly served under United States law. Simultaneously

herewith, the Petitioner is filing his Motion to Quash Service of Process of the Summons as the

IRS did not comply with 26 U.S.C. § 7603(a) in serving the Summons. In the matter *sub judice*,

the Petitioner's address on the mailed Summons is listed as: "c/ Antonio Gaudi, num 36º – 1ª Reus,

Tarragona, Spain." However, the Petitioner has not resided at that address since 2013, and has

instead been a resident of the Dominican Republic. *See* **Exhibit B**. He has filed numerous tax

forms that reflect his correct address (*see* composite **Exhibit C** (redacted to remove confidential

tax information), yet the Government somehow neglected to confirm this prior to issuing the

Summons. Clearly, the address in Tarragona, Spain was neither the Petitioner's last address nor

his usual place of abode, and the IRS was, or should have been, aware of this fact.

8.      Additionally, the Summons is defective because it was not issued in good faith and

in compliance with (i) Spanish law; (ii) the applicable provisions of the U.S.-Spain tax treaty; and/or (iii) U.S. law.

9.      The Summons is also defective because it seeks documents and data "relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws[,]" when the Petitioner is not subject to United States taxation and the Summons is nothing more than a fishing expedition absent any good faith basis in law or fact to seek confidential bank records.

10.     Next, the Summons is defective because the IRS did not comply with the administrative steps required by the Internal Revenue Code.

11.     Finally, the Summons is defective because the Summons seeks account information and data from a company that was never notified of the Summons. The Summons seeks "account number USD 24995 and account number EUR 2500 1, under portfolio number 201970-1 , for the period from January 1, 2015 through December 31, 2018." See **Exhibit A**. In fact, these accounts are accounts that are held by Technical Minds Investment SL, with an address of Carrer Valencia 245 1º 08007 Barcelona (Spain), whose legal representative / manager is Belen Gomis Egea with an address of Avinguda Pedralbes 63, 2-1 08017 Barcelona (Spain); ID number: 39904492 K. Technical Minds Investment SL also has other owners, none of which have been notified or served. As such, the Summons seeks information regarding a company account when no notice was provided to the company whatsoever.

## **MEMORANDUM OF LAW**

The Internal Revenue Code grants the IRS power to issue a summons "[f]or the purpose of

. . . determining the liability of any person for any internal revenue tax." 26 U.S.C. § 7602(a). The IRS's power to issue a summons includes summonses pursuant to a treaty partner's request. *See United States v. Stuart*, 489 U.S. 353, 366-69 (1989); *Lidas, Inc. v. United States*, 238 F.3d 1076, 1081 (9th Cir. 2001). When the Government petitions to enforce a summons or a taxpayer moves to quash a summons, the Government must establish that it issued the summons in good faith. *United States v. Powell*, 379 U.S. 48, 58 (1964) (involving a petition to enforce); *Stuart*, 489 U.S. at 359 (involving a petition to quash). To demonstrate that the IRS issued the summons in good faith, it must show that: (1) the investigation is conducted pursuant to a legitimate purpose; (2) the inquiry is relevant to that purpose; (3) the information sought is not already possessed by the Commissioner; and (4) administrative steps required by the Code have been followed. *Powell*, 379 U.S. at 57-58. This test also applies to a summons issued pursuant to a treaty partner's request. *Mazurek v. United States*, 271 F.3d 226, 230 (5th Cir. 2001); *Lidas*, 238 F.3d at 1082.

Here, a review of the Summons indicates that the Government cannot meet the four *Powell* factors. Specifically, the Summons is defective on its face as its issuance is not "connected with the enforcement of the internal revenue laws." **<u>Exhibit A at 2.</u>** Here the Government is seeking the issuance of a summons for a civil tax liability that may or may not be owed in Spain. This is not a criminal case and there is no suggestion that either the laws of Spain or the laws of the United States have been violated.

The Summons itself fails to identify the kind of investigation that has been initiated against the Petitioner, and the documents and data sought are overbroad and unwarranted. Specifically, the Summons seeks documents and data "relating to the tax liability or the collection of the tax liability for the purpose of inquiring into any offense connected with the administration or

enforcement of the internal revenue laws." *Id.* As the Petitioner is not subject to United States taxation, these requests are inappropriate.

If the Spanish government has launched an investigation, the Summons should explicitly request documents to assist the Spanish government, not the IRS of the United States. There is no evidence that the Petitioner violated any Spanish or American laws that would make him subject to compliance with the IRS's request.

On the contrary, the actual owner of the only accounts identified in the summons, Technical Minds Investment SL, is not named in by the Spanish government regarding the two account numbers identified in the summons (USD 24995 and EUR 25001 under portfolio number 201970-1). As stated, these accounts belong to Technical Minds Investment SL, a company located at Carrer Valencia 245 1º 08007 Barcelona (Spain). No one at the company, including its legal representative, Belen Gomis Egea, has ever been served with the IRS' Summons.

Rather, the IRS chose to attempt to send the Summons to the Petitioner – not **Technical Minds Investment SL -** to an address that he has not lived at since 2013, despite multiple tax filings indicating his Dominican Republic address and continuing residency. *See* composite **<u>Exhibit C</u>** (providing filings with the Spanish Tax Authorities filed in the years 2015, 2016, 2017 and 2018).

The IRS' unexplained involvement in this matter is perplexing: the records do not at all involve or implicate the United States Government. Therefore, the Government is unable to demonstrate that the information they seek is novel, and it has further failed to identify a legitimate, good faith purpose for its request. As such, this erroneously issued Summons should not be enforced against the Petitioner.

Furthermore, the Government has not followed the administrative steps required by the code. Specifically, 26 U.S.C. § 7603(a) instructs that a summons shall be delivered "…by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode…" Here, the Petitioner's address on the mailed Summons is listed as: "c/ Antonio Gaudi, num 36º – 1ª Reus, Tarragona, Spain." The Petitioner has not resided at that address since 2013, and has instead been a resident of the Dominican Republic. *See* **Exhibit B**. He has filed numerous tax forms that reflected his correct address (*see* composite **Exhibit C**), yet the Government somehow neglected to confirm this prior to issuing the Summons.

Clearly, the address in Tarragona, Spain was neither the Petitioner's last address nor his usual place of abode, and the IRS was, or should have been, aware of this fact. The Government's failure to comply with 26 U.S.C. § 7603(a) renders service on the Petitioner defective, and the Summons should accordingly be quashed.

The *Powell* factors, notwithstanding the IRS' failure to effectuate proper service, gravely prejudiced the Petitioner. Indeed, the Petitioner was not aware of the Summons until he happened upon it during a serendipitous visit to Spain. Since the Summons was served in the wrong country – which resulted in a delay of receipt until October 4, 2021 – the 20-day filing requirement as imposed by 26 U.S.C. § 7609(b)(2) should not be held against the Petitioner. *See* Affirmation of Juan Ramon Gomis Rabassa filed with the Motion to Quash Service of Process being filed contemporaneously herewith. Punishing the Petitioner for the Government's error is undue and undeserved, as the date he received the Summons, not served in compliance with applicable federal law, was outside of his control.

The Petitioner furnished the Government of Spain with all of the necessary information to

effectuate proper service of the Summons on the Petitioner as to where he actually lived; yet, it failed to give that information to the United States. Since the Government failed to follow the administrative steps enumerated in the Code, its service of the Summons is therefore defective.

For all of these reasons, penalizingthe   Petitioner by barring a challenge to the Government's Summons would be needlessly punitive. In light of the foregoing, the Petitioner's petition to quash the IRS' summons should be granted.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Petitioner respectfully requests that this Honorable Court issue an order quashing the IRS' summons, and award any such other and further relief that this Honorable Court deems just and proper.

## <u>Certificate of Service</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with CM/ ECF and will be mailed this date or otherwise on the next business day  and served on the following individuals or entities:

Banco de Sabadell, S.A., 1111 Brickell Avenue, Suite 3010, Miami, Florida 33131.

Internal Revenue Service, 7850 SW 6th Court, Room 355, Plantation, FL 33324, Attn: Jeffrey Kramer.

United States of America; United States Attorney for the Southern District of Florida, Civil Process Clerk, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Fl. 33132;

Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001.

On October 20, 2021

Respectfully submitted,

**Baron, Breslin & Sarmiento**
**Fl. Rule of Jud. Admin. 2.516 Notice**
**Primary email: <u>EService@RichardBaronLaw.com</u>**

**Secondary Email: RB@RichardBaronLaw.com**

**s/ Richard Baron**
*Filed of Record via CM/ECF*

Richard Baron, Esq.
Fla. Bar # 178675
Email: RB@RichardBaronLaw.com
Baron, Breslin & Sarmiento, Attorneys at Law
The DuPont Building
169 East Flagler Street
Suite 700
Miami, Fl 33131
Tel.: 305-577-4626
Fax.: 305-577-4630

# EXHIBIT A

**Exhibit A**

**Internal Revenue Service**
MS 4685
7850 SW 6th Court
Plantation, FL  33324-3210

Official Business
Penalty for Private Use, $300



United States Postal Service
**REGISTERED MAIL**

RA 758 136 099 US

Label 200  July 1999





Juan Ramon Gamis Rabassa
C/ Antonio Goudi
num 36 2º-1ª
Reus, Tarragona
Spain

U.S. - Spain Income Tax Convention / Article 27 / Type of Tax: Income and Capital Tax

# Summons

In the matter of  the Spanish Income and Capital Tax Liabilities of: Juan Ramon Gomis Rabassa

Internal Revenue Service *(division)*   Large Business and International

Industry/Area *(name or number)*   Office of Exchange & Offshore Strategy

Periods  January 1, 2015 through December 31, 2018

## The Commissioner of Internal Revenue

To   Banco de Sabadell, S.A.

At   1111 Brickell Avenue, Suite 3010, Miami, Florida 33131

You are hereby summoned and required to appear before  Jeffrey Kramer, Tax Law Specialist, ID # 03-15890, or his designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment for specific identification and information requested.

*By and through one or more officers or employees who can identify and testify with respect to the documents requested herein.

---

Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear**

7850 SW 6th Court, Room 355, Plantation, FL 33324   (954 991 4231)

**Place and time for appearance at**  7850 SW 6th Court, Room 355, Plantation, FL 33324

on the  20th   day of  October   , 2021   at  12   o'clock  p   .m.
                                        *(year)*

Issued under authority of the Internal Revenue Code this  17h   day of  September   , 2021
                                                                              *(year)*

| Signature of issuing officer | | Title |
| --- | --- | --- |
| *Jeffrey Kramer* | Digitally signed by Jeffrey Kramer Date: 2021.09.17 15:12:16 -04'00' | Tax Law Specialist |
| Signature of approving officer *(if applicable)* | | Title |
| **Floyd B. Penn Jr.** | Digitally signed by Floyd B. Penn Jr. Date: 2021.09.21 09:09:31 -04'00' | Supervisory Internal Revenue Agent |

Form **2039** (Rev. 3-2020)     Catalog Number 21405J     publish.no.irs.gov     Department of the Treasury   **Internal Revenue Service**

Part C — to be given to noticee

## Provisions of the Internal Revenue Code

### c. 7602. Examination of books and witnesses

(a) Authority to Summon, etc. - For the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability, the Secretary is authorized -

(1) To examine any books, papers, records, or other data which may be relevant or material to such inquiry.

(2) To summon the person liable for tax or required to perform the act, or any officer or employee of such person, or any person having possession, custody or care of books of account containing entries relating to the business of the person liable for tax or required to perform the act, or any other person the Secretary may deem proper, to appear before the Secretary at a time and place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry; and

(3) To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

(b) Purpose may include inquiry into offense - The purposes for which the Secretary may take any action described in paragraph (1), (2), or (3) of subsection (a) include the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws

(c) Notice of contact of third parties.

(1) In general notice - An officer or employee of the Internal Revenue Service may not contact any person other than the taxpayer with respect to the determination or collection of the tax liability of such taxpayer unless such contact occurs during a period (not greater than 1 year) which is specified in a notice which—

(A) informs the taxpayer that contacts with persons other than the taxpayer are intended to be made during such period, and

(B) except as otherwise provided by the Secretary, is provided to the taxpayer not later than 45 days before the beginning of such period.

Nothing in the preceding sentence shall prevent the issuance of notices to the same taxpayer with respect to the same tax liability with periods specified therein that, in the aggregate, exceed 1 year. A notice shall not be issued under this paragraph unless there is an intent at the time such notice is issued to contact persons other than the taxpayer during the period specified in such notice. The preceding sentence shall not prevent the issuance of a notice if the requirement of such sentence is met on the basis of the assumption that the information sought to be obtained by such contact will not be obtained by other means before such period.

(2) Notice of specific contacts. - The Secretary shall periodically provide to a taxpayer a record of persons contacted during such period by the Secretary with respect to the determination or collection of the tax liability of such taxpayer. Such record shall also be provided upon request of the taxpayer

(3) Exceptions. - This subsection shall not apply-

(A) to any contact which the taxpayer has authorized,

(B) if the Secretary determines for good cause shown that such notice would jeopardize collection of any tax or such notice may involve reprisal against any person, or

(C) with respect to any pending criminal investigation.

(d) No administrative summons when there is Justice Department referral -

(1) Limitation of authority. - No summons may be issued under this title, and the Secretary may not begin any action under section 7604 to enforce any summons with respect to any person if a Justice Department referral is in effect with respect to such person

(2) Justice Department referral in effect. - For purposes of this subsection

(A) In general - A Justice Department referral is in effect with respect to any person if-

(i) the Secretary has recommended to the Attorney General a grand jury investigation of, or the criminal prosecution of, such person for any offense connected with the administration or enforcement of the internal revenue laws or

(ii) any request is made under section 6103(h)(3)(B) for the disclosure of any return or return information (within the meaning of section 6103(b)) relating to such person.

(B) Termination - A Justice Department referral shall cease to be in effect with respect to a person when-

(i) the Attorney General notifies the Secretary, in writing, that

(I) he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws.

(II) he will not authorize a grand jury investigation of such person with respect to such an offense, or

(III) he will discontinue such a grand jury investigation

(ii) a final disposition has been made of any criminal proceeding pertaining to the enforcement of the internal revenue laws which was instituted by the Attorney General against such person, or

(iii) the Attorney General notifies the Secretary, in writing, that he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws relating to the request described in subparagraph (A)(ii).

(3) Taxable years, etc., treated separately - For purposes of this subsection, each taxable period (or, if there is no taxable period, each taxable event) and each tax imposed by a separate chapter of this title shall be treated separately.

(e) Limitation on examination on unreported income - The Secretary shall not use financial status or economic reality examination techniques to determine the existence of unreported income of any taxpayer unless the Secretary has a reasonable indication that there is a likelihood of such unreported income.

(f) Limitation on access of persons other than Internal Revenue Service officers and employees. - The Secretary shall not under the authority of section 6103(n), provide any books, papers, records, or other data obtained pursuant to this section to any person authorized under section 6103(n), except when such person requires such information for the sole purpose of providing expert evaluation and assistance to the Internal Revenue Service. No person other than an officer or employee of the Internal Revenue Service or the Office of Chief Counsel may, on behalf of the Secretary, question a witness under oath whose testimony was obtained pursuant to this section

(g) Authority to examine books and witness is also provided under sec. 6420 (e)(2) - Gasoline used on farms; sec. 6421(g)(2) - Gasoline used for certain nonhighway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2) - Fuels not used for taxable purposes.

### Sec. 7603. Service of summons

(a) In general - A summons issued under section 6420(e)(2). 6421(g)(2), 6427(j)(2), or 7602 shall be served by the Secretary, by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode; and the certificate of service signed by the person serving the summons shall be evidence of the facts it states on the hearing of an application for the enforcement of the summons. When the summons requires the production of books, papers, records, or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty

(b) Service by mail to third-party recordkeepers. -

(1) In general. - A summons referred to in subsection (a) for the production of books, papers, records, or other data by a third-party recordkeeper may also be served by certified or registered mail to the last known address of such recordkeeper.

(2) Third party record keeper. - For purposes of paragraph (1), the term *third-party recordkeeper* means -

(A) any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law any bank (as defined in section 581) or any credit union (within the meaning of section 501 (c)(14)(A));

(B) any consumer reporting agency (as defined under section 603(f) of the Fair Credit Reporting Act (15 U.S.C. 1681 a(f));

(C) Any person extending credit through the use of credit cards or similar devices;

(D) any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4));

(E) any attorney;

(F) any accountant;

(G) any barter exchange (as defined in section 6045(c)(3));

(H) any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof;

(I) any enrolled agent; and

(J) any owner or developer of a computer software source code (as defined in section 7612(d)(2)). Subparagraph (J) shall apply only with respect to a summons requiring the production of the source code referred to in subparagraph (J) or the program and data described in section 7612(b)(1)(A)(ii) to which source code relates.

### Sec. 7604. Enforcement of summons

(a) Jurisdiction of District Court. - If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States district court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

(b) Enforcement. - Whenever any person summoned under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to the judge of the district court or to a United States Commissioner for the district within which the person so summoned resides or is found for an attachment against him as for a contempt. It shall be the duty of the judge or Commissioner to hear the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officer, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon such hearing the judge of the United States Commissioner shall have power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempts, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

### Sec. 7605. Time and place of examination

(a) Time and place. - The time and place of examination pursuant to the provisions of section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be such time and place as may be fixed by the Secretary and as are reasonable under the circumstances. In the case of a summons under authority of paragraph (2) of section 7602, or under the corresponding authority of section 6420(e)(2), 6421 (g)(2) or 6427(j)(2), the date fixed for appearance before the Secretary shall not be less than 10 days from the date of the summons.

### Sec. 7610. Fees and costs for witnesses

(a) In general. - The Secretary shall by regulations establish the rates and conditions under which payment may be made of -

(1) fees and mileage to persons who are summoned to appear before the Secretary, and

(2) reimbursement for such costs that are reasonably necessary which have been directly incurred in searching for, reproducing, or transporting books, papers, records, or other data required to be produced by summons.

(b) Exceptions. - No payment may be made under paragraph (2) of subsection (a) if -

(1) the person with respect to whose liability the summons is issued has a proprietary interest in the books, papers, records or other data required to be produced, or

(2) the person summoned is the person with respect to whose liability the summons is issued or an officer, employee, agent, accountant, or attorney of such person who, at the time the summons is served, is acting as such.

(c) Summons to which section applies. -This section applies with respect to any summons authorized under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602.

### Sec. 7210. Failure to obey summons

Any person who, being duly summoned to appear to testify, or to appear and produce books, accounts, records, memoranda or other papers, as required under sections 6420(e)(2), 6421 (g)(2), 6427(j)(2), 7602, 7603, and 7604(b), neglects to appear or to produce such books, accounts, records memoranda, or other papers, shall, upon conviction thereof, be fined not more than $1,000, or imprisoned not more than 1 year, or both, together with costs of prosecution.

| To | Date |
|---|---|
| Juan Ramon Gomis Rabassa | 9/21/21 |

Address

c/ Antonio Gaudi, num 36 2º-1ª Reus, Tarragona, Spain

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

If you are the taxpayer, see important information below on the suspensions of your periods of limitation under I.R.C. section 7609(e)(1) and (e)(2).

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request.

## Suspension of Periods of Limitation

If you are the taxpayer being examined/investigated by this summons and you file a petition to quash the summons (or if you intervene in any suit concerning the enforcement of this summons), your periods of limitation for assessment of tax liabilities and for criminal prosecutions will be suspended pursuant to I.R.C. section 7609(e)(1) for the tax periods to which the summons relates. Such suspension will be effective while any proceeding (or appeal) with respect to the summons is pending. Your periods of limitation will also be suspended under section 7609(e)(2) if the summoned person fails to fully respond to this summons for 6 months. The suspension under section 7609(e)(2) will begin 6 months after the summons is served and will continue until the summoned person finally resolves the obligation to produce the summoned information. You can contact the IRS officer identified on the summons for information concerning the suspension under section 7609(e)(2). If you contact the IRS officer for this purpose, please provide the following information: (1) your name, address, home and work telephone numbers and any convenient time you can be contacted and (2) a copy of the summons or a description of it that includes the date it was issued, the name of the IRS employee who issued it, and the name of the summoned person.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.

Form **2039** (Rev. 3-2020)          Catalog Number 21405J          publish.no.irs.gov          Department of the Treasury - **Internal Revenue Service**

**Part D** — to be given to noticee

## c. 7609. Special procedures for third-party summons

Notice-

(1) In general - If any summons to which this section applies requires the giving of testimony on or relating to, the production of any portion of records made or kept on or relating to, or the production of any computer software source code (as defined in 7612(d)(2)) with respect to. any person (other than the person summoned) who is identified in the summons, then notice of the summons shall be given to any person so identified within 3 days of the day on which such service is made, but no later than the 23rd day before the day fixed in the summons as the day upon which such records are to be examined. Such notice shall be accompanied by a copy of the summons which has been served and shall contain an explanation of the right under subsection (b)(2) to bring a proceeding to quash the summons.

(2) Sufficiency of notice. - Such notice shall be sufficient if, on or before such third day, such notice is served in the manner provided in section 7603 (relating to service of summons) upon the person entitled to notice, or is mailed by certified or registered mail to the last known address of such person, or. in the absence of a last known address is left with the person summoned. If such notice is mailed, it shall be sufficient if mailed to the last known address of the person entitled to notice or, in the case of notice to the Secretary under section 6903 of the existence of a fiduciary relationship, to the last known address of the fiduciary of such person, even if such person or fiduciary is then deceased, under a legal disability, or no longer in existence.

(3) Nature of summons. - Any summons to which this subsection applies (and any summons in aid of collection described in subsection (c)(2)(D)) shall identify the taxpayer to whom the summons relates or the other person to whom the records pertain and shall provide such other information as will enable the person summoned to locate the records required under the summons.

Right to intervene; right to proceeding to quash. -

(1) Intervention. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to intervene in any proceeding with respect to the enforcement of such summons under section 7604.

(2) Proceeding to quash. -

(A) In general. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to begin a proceeding to quash such summons not later than the 20th day after the day such notice is given in the manner provided in subsection (a)(2). In any such proceeding, the Secretary may seek to compel compliance with the summons.

(B) Requirement of notice to person summoned and to Secretary. - If any person begins a proceeding under subparagraph (A) with respect to any summons, not later than the close of the 20-day period referred to in subparagraph (A) such person shall mail by registered or certified mail a copy of the petition to the person summoned and to such office as the Secretary may direct in the notice referred to in subsection (a)(1).

(C) Intervention, etc. - Notwithstanding any other law or rule of law, the person summoned shall have the right to intervene in any proceeding under subparagraph (A) Such person shall be bound by the decision in such proceeding (whether or not the person intervenes in such proceeding).

Summons to which section applies. -

(1) In general. - Except as provided in paragraph (2), this section shall apply to any summons issued under paragraph (2) of section 7602(a) or under sections 6420(e)(2). 6421(g)(2), 6427(j)(2), or 7612.

(2) Exceptions.   This section shall not apply to any summons

(A) served on the person with respect to whose liability the summons is issued, or any officer or employee of such person;

(B) issued to determine whether or not records of the business transaction or affairs of an identified person have been made or kept;

(C) issued solely to determine the identity of any person having a numbered account (or similar arrangement) with a bank or other institution described in section 7603(b)(2)(A);

(D) issued in aid of the collection of-

(i) an assessment made or a judgment rendered against the person with respect to whose liability the summons is issued, or

(ii) the liability at law or in equity of any transferee or fiduciary of any person referred to in clause (i); or

(E) (i)  issued by a criminal investigator of the Internal Revenue Service in connection with the investigation of an offense connected with the administration or enforcement of the internal revenue laws, and

(ii) served on a person who is not a third-party recordkeeper (as defined in section 7603(b)).

(3) John Doe and Certain Other Summonses. - Subsection (a) shall not apply to any summons described in subsection (f) or (g).

(4) Records. - For purposes of this section, the term records includes books, papers, and other data.

Restriction on examination of records. - No examination of any records required to be produced under a summons as to which notice is required under subsection (a) may be made -

(1) before the close of the 23rd day after the day notice with respect to the summons is given in the manner provided in subsection (a)(2), or

(2) where a proceeding under subsection (b)(2)(A) was begun within the 20-day period referred to in such subsection and the requirements of subsection (b)(2)(B) have been met, except in accordance with an order of the court having jurisdiction of such proceeding or with the consent of the person beginning the proceeding to quash.

(e) Suspension of Statute of Limitations -

(1) Subsection (b) action. - If any person takes any action as provided in subsection (b) and such person is the person with respect to whose liability the summons is issued (or is the agent, nominee, or other person acting under the direction or control of such person), then the running of any period of limitations under section 6501 (relating to the assessment and collection of tax) or under section 6531 (relating to criminal prosecutions) with respect to such person shall be suspended for the period during which a proceeding, and appeals therein, with respect to the enforcement of such summons is pending.

(2) Suspension after 6 months of service of summons. -In the absence of the resolution of the summoned party's response to the summons, the running of any period of limitations under section 6501 or under section 6531 with respect to any person with respect to whose liability the summons is issued (other than a person taking action as provided in subsection (b)) shall be suspended for the period-

(A) beginning on the date which is 6 months after the service of such summons, and

(B) ending with the final resolution of such response.

(f) Additional requirement in the case of a John Doe summons. Any summons described in subsection (c)(1) which does not identify the person with respect to whose liability the summons is issued may be served only after a court proceeding in which the Secretary establishes that—

(1) the summons relates to the investigation of a particular person or ascertainable group or class of persons,

(2) there is a reasonable basis for believing that such person or group or class of persons may fail or may have failed to comply with any provision of any internal revenue law, and

(3) the information sought to be obtained from the examination of the records or testimony (and the identity of the person or persons with respect to whose liability the summons is issued) is not readily available from other sources.

The Secretary shall not issue any summons described in the preceding sentence unless the information sought to be obtained is narrowly tailored to information that pertains to the failure (or potential failure) of the person or group or class of persons referred to in paragraph (2) to comply with one or more provisions of the internal revenue law which have been identified for purposes of such paragraph.

(g) Special exception for certain summonses. -

A summons is described in this subsection if, upon petition by the Secretary, the court determines, on the basis of the facts and circumstances alleged, that there is reasonable cause to believe the giving of notice may lead to attempts to conceal, destroy, or alter records relevant to the examination, to prevent the communication of information from other persons through intimidation, bribery, or collusion, or to flee to avoid prosecution, testifying, or production of records.

(h) Jurisdiction of district court; etc. -

(1) Jurisdiction. - The United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear and determine any proceedings brought under subsection (b)(2), (f), or (g). An order denying the petition shall be deemed a final order which may be appealed.

(2) Special rule for proceedings under subsections (f) and (g).- The determinations required to be made under subsections (f) and (g) shall be made ex parte and shall be made solely on the petition and supporting affidavits.

(i) Duty of summoned party. -

(1) Recordkeeper must assemble records and be prepared to produce records. On receipt of a summons to which this section applies for the production of records, the summoned party shall proceed to assemble the records requested. or such portion thereof as the Secretary may prescribe, and shall be prepared to produce the records pursuant to the summons on the day on which the records are to be examined.

(2) Secretary may give summoned party certificate. - The Secretary may issue a certificate to the summoned party that the period prescribed for beginning a proceeding to quash a summons has expired and that no such proceeding began within such period, or that the taxpayer consents to the examination

(3) Protection for summoned party who discloses. - Any summoned party, or agent or employee thereof, making a disclosure of records or testimony pursuant to this section in good faith reliance on the certificate of the Secretary or an order of a court requiring production of records or the giving of such testimony shall not be liable to any customer or other person for such disclosure.

(4) Notice of suspension of statute of limitations in the case of a John Doe summons. - In the case of a summons described in subsection (f) with respect to which any period of limitations has been suspended under subsection (e)(2), the summoned party shall provide notice of such suspension to any person described in subsection (f).

(j) Use of summons not required. -

Nothing in this section shall be construed to limit the Secretary's ability to obtain information, other than by summons, through formal or informal procedures authorized by sections 7601 and 7602

To

Juan Ramon Gomis Rabassa

Address

c/ Antonio Gauldi, num 36 2º-1ª Reus, Tarragona, Spain

Date 09/21/2021

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

If you are the taxpayer, see important information below on the suspensions of your periods of limitation under I.R.C. section 7609(e)(1) and (e)(2).

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request.

## Suspension of Periods of Limitation

If you are the taxpayer being examined/investigated by this summons and you file a petition to quash the summons (or if you intervene in any suit concerning the enforcement of this summons), your periods of limitation for assessment of tax liabilities and for criminal prosecutions will be suspended pursuant to I.R.C. section 7609(e)(1) for the tax periods to which the summons relates. Such suspension will be effective while any proceeding (or appeal) with respect to the summons is pending. Your periods of limitation will also be suspended under section 7609(e)(2) if the summoned person fails to fully respond to this summons for 6 months. The suspension under section 7609(e)(2) will begin 6 months after the summons is served and will continue until the summoned person finally resolves the obligation to produce the summoned information. You can contact the IRS officer identified on the summons for information concerning the suspension under section 7609(e)(2). If you contact the IRS officer for this purpose, please provide the following information: (1) your name, address, home and work telephone numbers and any convenient time you can be contacted and (2) a copy of the summons or a description of it that includes the date it was issued, the name of the IRS employee who issued it, and the name of the summoned person.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.

Form **2039** (Rev. 3-2020)     Catalog Number 21405J     publish.no.irs.gov     Department of the Treasury - **Internal Revenue Service**

Part D    to be given to notices

## c. 7609. Special procedures for third-party summons

Notice-

(1) In general - If any summons to which this section applies requires the giving of testimony on or relating to, the production of any portion of records made or kept on or relating to, or the production of any computer software source code (as defined in 7612(d)(2)) with respect to, any person (other than the person summoned) who is identified in the summons, then notice of the summons shall be given to any person so identified within 3 days of the day on which such service is made, but no later than the 23rd day before the day fixed in the summons as the day upon which such records are to be examined. Such notice shall be accompanied by a copy of the summons which has been served and shall contain an explanation of the right under subsection (b)(2) to bring a proceeding to quash the summons.

(2) Sufficiency of notice - Such notice shall be sufficient if, on or before such third day, such notice is served in the manner described in section 7603 (relating to service of summons) upon the person entitled to notice, or is mailed by certified or registered mail to the last known address of such person, or, in the absence of a last known address. is left with the person summoned. If such notice is mailed, it shall be sufficient if mailed to the last known address of the person entitled to notice or, in the case of notice to the Secretary under section 6903 of the existence of a fiduciary relationship, to the last known address of the fiduciary of such person, even if such person or fiduciary is then deceased, under a legal disability, or no longer in existence.

(3) Nature of summons - Any summons to which this subsection applies (and any summons in aid of collection described in subsection (c)(2)(D)) shall identify the taxpayer to whom the summons relates or the other person to whom the records pertain and shall provide such other information as will enable the person summoned to locate the records required under the summons.

Right to intervene; right to proceeding to quash. -

(1) Intervention. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to intervene in any proceeding with respect to the enforcement of such summons under section 7604.

(2) Proceeding to quash. -

(A) In general. - Notwithstanding any other law or rule of law, any person who is entitled to notice of a summons under subsection (a) shall have the right to begin a proceeding to quash such summons not later than the 20th day after the day such notice is given in the manner provided in subsection (a)(2). In any such proceeding, the Secretary may seek to compel compliance with the summons.

(B) Requirement of notice to person summoned and to Secretary. - If any person begins a proceeding under subparagraph (A) with respect to any summons, not later than the close of the 20-day period referred to in subparagraph (A) such person shall mail by registered or certified mail a copy of the petition to the person summoned and to such office as the Secretary may direct in the notice referred to in subsection (a)(1).

(C) Intervention, etc. - Notwithstanding any other law or rule of law, the person summoned shall have the right to intervene in any proceeding under subparagraph (A) Such person shall be bound by the decision in such proceeding (whether or not the person intervenes in such proceeding).

Summons to which section applies. -

(1) In general. - Except as provided in paragraph (2), this section shall apply to any summons issued under paragraph (2) of section 7602(a) or under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), or 7612.

(2) Exceptions. - This section shall not apply to any summons

(A) served on the person with respect to whose liability the summons is issued, or any officer or employee of such person;

(B) issued to determine whether or not records of the business transaction or affairs of an identified person have been made or kept;

(C) issued solely to determine the identity of any person having a numbered account (or similar arrangement) with a bank or other institution described in section 7603(b)(2)(A);

(D) issued in aid of the collection of-

(i) an assessment made or a judgment rendered against the person with respect to whose liability the summons is issued, or

(ii) the liability at law or in equity of any transferee or fiduciary of any person referred to in clause (i); or

(E)(i) issued by a criminal investigator of the Internal Revenue Service in connection with the investigation of an offense connected with the administration or enforcement of the internal revenue laws, and

(ii) served on a person who is not a third-party recordkeeper (as defined in section 7603(b)).

(3) John Doe and Certain Other Summonses. - Subsection (a) shall not apply to any summons described in subsection (f) or (g).

(4) Records. - For purposes of this section, the term records includes books, papers. and other data.

Restriction on examination of records. - No examination of any records required to be produced under a summons as to which notice is required under subsection (a) may be made -

(1) before the close of the 23rd day after the day notice with respect to the summons is given in the manner provided in subsection (a)(2), or

(2) where a proceeding under subsection (b)(2)(A) was begun within the 20-day period referred to in such subsection and the requirements of subsection (b)(2)(B) have been met, except in accordance with an order of the court having jurisdiction of such proceeding or with the consent of the person beginning the proceeding to quash.

(e) Suspension of Statute of Limitations. -

(1) Subsection (b) action. - If any person takes any action as provided in subsection (b) and such person is the person with respect to whose liability the summons is issued (or is the agent, nominee, or other person acting under the direction or control of such person), then the running of any period of limitations under section 6501 (relating to the assessment and collection of tax) or under section 6531 (relating to criminal prosecutions) with respect to such person shall be suspended for the period during which a proceeding, and appeals therein, with respect to the enforcement of such summons is pending.

(2) Suspension after 6 months of service of summons. -In the absence of the resolution of the summoned party's response to the summons, the running of any period of limitations under section 6501 or under section 6531 with respect to any person with respect to whose liability the summons is issued (other than a person taking action as provided in subsection (b)) shall be suspended for the period-

(A) beginning on the date which is 6 months after the service of such summons, and

(B) ending with the final resolution of such response.

(f) Additional requirement in the case of a John Doe summons. Any summons described in subsection (c)(1) which does not identify the person with respect to whose liability the summons is issued may be served only after a court proceeding in which the Secretary establishes that—

(1) the summons relates to the investigation of a particular person or ascertainable group or class of persons,

(2) there is a reasonable basis for believing that such person or group or class of persons may fail or may have failed to comply with any provision of any internal revenue law, and

(3) the information sought to be obtained from the examination of the records or testimony (and the identity of the person or persons with respect to whose liability the summons is issued) is not readily available from other sources.

The Secretary shall not issue any summons described in the preceding sentence unless the information sought to be obtained is narrowly tailored to information that pertains to the failure (or potential failure) of the person or group or class of persons referred to in paragraph (2) to comply with one or more provisions of the internal revenue law which have been identified for purposes of such paragraph.

(g) Special exception for certain summonses. -

A summons is described in this subsection if, upon petition by the Secretary, the court determines, on the basis of the facts and circumstances alleged, that there is reasonable cause to believe the giving of notice may lead to attempts to conceal, destroy, or alter records relevant to the examination, to prevent the communication of information from other persons through intimidation, bribery, or collusion, or to flee to avoid prosecution, testifying, or production of records,

(h) Jurisdiction of district court; etc. -

(1) Jurisdiction. - The United States district court for the district within which the person to be summoned resides or is found shall have jurisdiction to hear and determine any proceedings brought under subsection (b)(2), (f), or (g). An order denying the petition shall be deemed a final order which may be appealed.

(2) Special rule for proceedings under subsections (f) and (g).- The determinations required to be made under subsections (f) and (g) shall be made ex parte and shall be made solely on the petition and supporting affidavits.

(i) Duty of summoned party. -

(1) Recordkeeper must assemble records and be prepared to produce records. On receipt of a summons to which this section applies for the production of records, the summoned party shall proceed to assemble the records requested, or such portion thereof as the Secretary may prescribe, and shall be prepared to produce the records pursuant to the summons on the day on which the records are to be examined.

(2) Secretary may give summoned party certificate. - The Secretary may issue a certificate to the summoned party that the period prescribed for beginning a proceeding to quash a summons has expired and that no such proceeding began within such period, or that the taxpayer consents to the examination.

(3) Protection for summoned party who discloses. - Any summoned party. or agent or employee thereof, making a disclosure of records or testimony pursuant to this section in good faith reliance on the certificate of the Secretary or an order of a court requiring production of records or the giving of such testimony shall not be liable to any customer or other person for such disclosure.

(4) Notice of suspension of statute of limitations in the case of a John Doe summons. - In the case of a summons described in subsection (f) with respect to which any period of limitations has been suspended under subsection (e)(2), the summoned party shall provide notice of such suspension to any person described in subsection (f).

(j) Use of summons not required. -

Nothing in this section shall be construed to limit the Secretary's ability to obtain information, other than by summons, through formal or informal procedures authorized by sections 7601 and 7602.

## ATTACHMENT TO BANCO DE SABADELL, S.A. SUMMONS

**In the Matter of**
**the Spanish Income and Capital Tax liabilities of:**
**Juan Ramon Gomis Rabassa**
**c/ Antonio Gaudi**
**num 36 2º – 1ª**
**Reus, Tarragona**
**SPAIN**

You are hereby directed to personally appear at the time and place listed on the face sheet of this summons to give testimony under oath regarding Juan Ramon Gomis Rabassa, and to bring with you copies of the following documents and / or computerized records, in your possession, custody, or control with respect to any account, including credit card accounts and investment accounts, in the name of or for the benefit of Juan Ramon Gomis Rabassa including, but not limited to, account number USD 24995 and account number EUR 25001, under portfolio number 201970-1, for the period from January 1, 2015 through December 31, 2018:

1.  Account opening documents and signature cards (regardless of date)

2.  Monthly account statements

This summons requires that you personally appear and provide the above documents.  However, your personal appearance on the scheduled date will not be required if the requested documents and records are received, by mail or private delivery service, by the appearance time and date on this summons. If you choose this option, mail the documents to:

Internal Revenue Service
7850 SW 6th Court,
MS 4685: JK
Plantation, FL 33324

In lieu of providing paper documents, you may submit the requested information on electronic media, such as a compact disc or thumb drive. If there are more than one hundred paper documents, please contact Jeffrey Kramer at (954) 991-4231 to discuss transmission of the documents.

**IRC SECTION 7610 AUTHORIZES THE INTERNAL REVENUE SERVICE TO REIMBURSE CERTAIN EXPENSES OF THIRD PARTIES IN COMPLYING WITH SUMMONSES.  TREASURY REGULATION SECTION 301.7610-1 PROVIDES RULES FOR DETERMINING WHICH EXPENSES MAY BE REIMBURSED AND THE RATES AT WHICH EACH TYPE OF EXPENDITURE WILL BE REIMBURSED.  IF AT ANY TIME IT BECOMES APPARENT THAT ALLOWABLE EXPENSES DETERMINED UNDER TREASURY REGULATIONS SECTION 301.7610-1 WILL EXCEED $500, PLEASE CONTACT JEFFREY KRAMER at Jeffrey.Kramer@irs.gov**

# EXHIBIT B





# EXHIBIT C
# Composite

**Exhibit B**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMÍA Y HACIENDA

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo
**210**

Número de certificado: ███████874

**Persona que realiza la autoliquidación**

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON

**Devengo**

Agregación: 0A     Período/Año: 2015     Fecha de devengo: 31/12/2015

**Resultado de la autoliquidación**

Resultado de la autoliquidación ....................................................... [31] 4,05

**Ingreso**

Importe (casilla [311]):   4,05

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:
☐ En efectivo     ☒ E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E|S 00   0081   0087   5900   0134   6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:   ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.                          Apellidos y nombre, razón social o denominación:

U. Europea
— Número de cuenta (IBAN) —                                    SWIFT-BIC

SWIFT-BIC                   Número de cuenta/Account no.

Resto países
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City                          País/Country                          Código País/Country code

**Devolución**

Importe (Casilla [311]): D          Renuncia a la devolución, a favor del Tesoro Público ☐

Titular de la cuenta:
N.I.F.                          Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E|S
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.                          Apellidos y nombre, razón social o denominación:

U. Europea
— Número de cuenta (IBAN) —                                    SWIFT-BIC

SWIFT-BIC                   Número de cuenta/Account no.

Resto países
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City                          País/Country                          Código País/Country code

**Si el ingreso ni devolución**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.          CUOTA CERO ☐

**Fecha y firma**

Fecha
Firma:                                              Firma:

Fdo: D/Dª                                          Fdo: D/Dª

Ejemplar para el contribuyente/representante

4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 25063934 46374

## Persona que realiza la autoliquidación

N.I.F. ____822R
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

En su condición de:
- Contribuyente: S X
- Representante del contribuyente: R
- Pagador: P
- Depositario: D
- Gestor: G
- Retenedor (sólo para autoliquidación con solicitud de devolución): T

## Devengo
Agrupada: ___ Período/Año: 0A 2015
Fecha de devengo: 31/12/2015

### Tipo renta: 2 | 02
### Clave de divisa: 3 | 954

## Contribuyente
N.I.F.: _____822R   F/J: F   Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON
N.I.F. en el país de residencia: ____   Fecha de nacimiento: 1953   Lugar de nacimiento Ciudad: REUS   Código País: ES   Residencia fiscal Código Pais: 1 | DO

Dirección en el país de residencia
- Domicilio: CALLE DAVID BEN GURION, 8
- Datos complementarios del domicilio:
- Correo electrónico:   Código Postal: 10127   Población/Ciudad: SANTO DOMINGO   Provincia/Región/Estado: REPUBLICA DOMINICANA
- País: DOMINICA   Código País: DM   Teléf. fijo:   Teléf. móvil:   N.º de FAX:

## Representante del contribuyente o, en su caso, domicilio a efectos de notificaciones en territorio español

N.I.F.:   F/J:   Apellidos y nombre, razón social o denominación:
Domicilio:
Tipo de Vía:   Nombre de la Vía Pública:
Tipo de numeración:   Número de casa:   Calificador del número:   Bloque:   Portal:   Escalera:   Planta:   Puerta:
Datos complementarios del domicilio:   Localidad / Población (si es distinta del municipio):
Código Postal:   Nombre del Municipio:
Provincia:   Teléf. fijo:   Teléf. móvil:   N.º de FAX:

## Pagador/Retenedor/Emisor/Adquirente del inmueble

N.I.F.: _____   Apellidos y nombre, razón social o denominación: _____

## Situación del inmueble (sólo rentas de los tipos 01, 02, 28 y 29)

- Tipo de Vía: PLAZA   Nombre de la Vía Pública: ALMOSTER
- Tipo de numeración: NUM   Número de casa: 00001   Calificador del número:   Bloque:   Portal:   Escalera:   Planta: 1   Puerta: 25
- Datos complementarios del domicilio:   Localidad/Población (si es distinta del municipio): REUS
- Código Postal: 43202   Nombre del Municipio: REUS
- Provincia: TARRAGONA   Referencia catastral: 0988201CF4508H0101HM

## Determinación de la base imponible

**210 I Renta Inmobiliaria imputada**
Base imponible: [4] 16,87

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
S/D: Cuota participación (%): Contribuyente ___ Conyuge ___
N.I.F.:   Apellidos y nombre:

**210 R Rendimientos**
- Rendimientos íntegros: [5]
- Exención aplicable dividendos (límite anual 1.500 € oral): [6]
- Gastos deducibles: [7]
- Base imponible ([5] - [6] - [7]): [8]

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión | [9] | [13] |
| Valor de adquisición | [10] | [14] |
| Diferencia | [11] | [15] |
| Ganancia | [12] | [16] |
| Base imponible ([12] + [16]) | | [17] |

Fecha de adquisición:   Fecha de mejora o 2ª adquisición:

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible: [18]
Número de justificante del modelo 211:

## Liquidación

Exenciones:
- Ley IRNR excepto dividendos (límite anual 1.500 euros): [19]
- Convenio: [20]

| | | |
|---|---|---|
| Tipo de gravamen Ley IRNR (%): [21] | 24,00 | |
| Cuota íntegra: [22] | 4,05 | |
| Deducción por donativos: [23] | | |
| Cuota Ley IRNR ([22] - [23]): [24] | 4,05 | |
| Porcentaje Convenio (%): [25] | | |
| Límite Convenio: [26] | | |

| | | |
|---|---|---|
| Reducción (%) Convenio ([24] - [26]): [27] | | |
| Cuota íntegra reducida [24] - [27]: [28] | 4,05 | |
| Retenciones/Ingresos a cuenta: [29] | | |
| (gasto/Devolución) anterior: [30] | | |
| Resultado de la autoliquidación [28] - [29] - [30]: [31] | 4,05 | |
| (*exclusivamente en caso de autoliquidación complementaria) | | |

## Fecha y firma

Fecha:   Firma:   Fdo: D/D.ª
Firma:   Fdo: D/D.ª

## Autoliquidación complementaria
N.º de justificante de la autoliquidación anterior:

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

**Modelo 210**

MINISTERIO DE ECONOMÍA Y HACIENDA

**Persona que realiza la autoliquidación**

Número de justificante: 2506380028661

NIF

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON

**Devengo**
Agrupación: | Período/Año: 0A | 2015 | Fecha de devengo: 31/12/2015

**Resultado de la autoliquidación**

Resultado de la autoliquidación...................................................................................... | 31 | 5,05

**Ingreso**

Importe (casilla (31)): | 5,05

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:      En efectivo    [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S | 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account n.o

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**Devolución**

Importe (Casilla (31)): | D | Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S | C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account n.o

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**Sin ingreso ni devolución**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.      CUOTA CERO [ ]

**Fecha y firma**

Fecha:
Firma: | Firma:

Fdo: D/Dª | Fdo: D/Dª

Ejemplar para el contribuyente/representante

4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2506380028661

**1. Devengo / Datos identificativos**

...22R
Apellidos y nombre, razón social o denominación    GOMIS RABASSA JOAN RAMON

En su condición de:
Contribuyente  S | X
Representante del contribuyente  R
Pagador  P
Depositario  D
Gestor  G
Primera presentación por autoliquidaciones complementaria T

Agrupación: Periodo/Año  0A  2015
Fecha de devengo  31/12/2015

Tipo renta  2 | 02
Clave de divisa  3 | 954

**2. Contribuyente**
N.I.F. ...22R   F/J  F   Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia   Fecha de nacimiento  1953   Lugar de nacimiento: Ciudad  REUS   Código País  DM   Residencia fiscal Código País  1 | DM

Dirección en el país de residencia

(49) Domicilio  CALLE DAVID BEN GURION, 8
(50) Datos complementarios del domicilio
(52) Correo electrónico
(55) País  DOMINICA   (56) Código País  DM   (57) Teléf. fijo
(51) Población/Ciudad  SANTO DOMINGO
(54) Código Postal  10127
(54) Provincia/Región/Estado  REPUBLICA DOMINICANA
(53) Teléf. móvil   (59) Nº de FAX

**3. Representante del contribuyente o, en su caso, domicilio a efectos de notificaciones (Cumplimentar según instrucciones)**
N.I.F.   F/J   Apellidos y nombre, razón social o denominación
Domicilio
(31) Tipo de Vía   (32) Nombre de la Vía Pública
(33) Tipo de numeración   (34) Número de casa   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Piso   (40) Puerta
(41) Datos complementarios del domicilio
(42) Localidad / Población (si es distinta del municipio)
(43) Código Postal   (44) Nombre del Municipio
(45) Provincia   (46) Teléf. fijo   (47) Teléf. móvil   (48) Nº de FAX

**4. Pagador / Retenedor / Emisor / Adquirente del inmueble**
N.I.F. ...   F/J   Apellidos y nombre, razón social o denominación

**5. Situación del inmueble (sólo rentas de los nº 01, 02, 33 y 35)**
(31) Tipo de Vía  CTRA   (32) Nombre de la Vía Pública  EG.ERISTE
(33) Tipo de numeración  NUM   (34) Número de casa  00001   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta  1   (40) Puerta  56
(41) Datos complementarios del domicilio
(42) Localidad/Población (si es distinta del municipio)  SAHUN
(43) Código Postal  08929   (44) Nombre del Municipio  SAHUN
(45) Provincia  HUESCA   (60) Referencia catastral  2761301BH9148S0200TX

**6. Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible   4   21,05

210 R Rendimientos
Rendimientos íntegros   5
Exención aplicada dividendos (límite anual 1.500 euros)   6
Gastos deducibles   7
Base imponible ([5]-[6]-[7])   8

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible   18

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%):  C/G   Contribuyente   Cónyuge
Cónyuge  N.I.F.
Apellidos y nombre
| | Adquisición | Mejor | 2ª adquis/obra |
|---|---|---|---|
| Valor de transmisión | 9 | | 13 |
| Valor de adquisición | 10 | | 14 |
| Diferencia | 11 | | 15 |
| Ganancia | 12 | | 16 |
Base imponible ([12] + [16])
Fecha de adquisición   17
Número de justificante del modelo 211

**7. Liquidación**

Exenciones:
Ley 8/2008, excepto dividendos (límite anual 1.500 euros)   19
Convenio   20

Tipo de gravamen Ley IRNR (%)...  21   24,00
Cuota íntegra ...  22   5,05
Deducción por donativos ...  23
Cuota Ley IRNR (22) - (23) ...  24   5,05
Porcentaje Convenio (%) ...  25
Límite Convenio ...  26

Reducción por Convenio (24) - (26) ...  27
Cuota íntegra reducida (24)-(27) ...  28   5,05
Retenciones/Ingresos a cuenta ...  29
Ingreso/Devolución anterior (*) ...  30
Resultado de la autoliquidación (28)-(29) +(30) ...  31   5,05
(*) exclusivamente en caso de autoliquidación complementaria

**8. Fecha y firma**
Fecha   Firma:   Fdo: D/Dª   Firma   Fdo: D/Dª

**9. Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMÍA Y HACIENDA

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo **210**

**Persona que realiza la autoliquidación**

Número de justificante: 2506312736575

NIF

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

Devengo
Agrupación: | Periodo/Año: 0A | 2015 | Fecha de devengo: 31/12/2015

**Resultado de la autoliquidación**

Resultado de la autoliquidación.................................................................... [31] 16,52

**Ingreso**

Importe (casilla [31]): | 16,52

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:
☐ En efectivo   ☒ E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S | 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.: | Apellidos y nombre, razón social o denominación:

U. Europea
Número de cuenta (IBAN) | SWIFT-BIC

Resto países
SWIFT-BIC | Número de cuenta/Account no.
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

*A través de entidad colaboradora sita en España* / *A través de entidad financiera en el extranjero*

**Devolución**

Importe (Casilla [31]): D | Renuncia a la devolución, a favor del Tesoro Público ☐

Titular de la cuenta:
N.I.F.: | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S | C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.: | Apellidos y nombre, razón social o denominación:

U. Europea
Número de cuenta (IBAN) | SWIFT-BIC

Resto países
SWIFT-BIC | Número de cuenta/Account no.
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

*Mediante transferencia a cuenta bancaria abierta en España* / *Mediante transferencia a cuenta bancaria abierta en el extranjero*

**Sin ingreso ni devolución**
Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO ☐

**Fecha y firma**

Fecha:
Firma:

Fdo: D/Dª   Fdo: D/Dª

Ejemplar para el contribuyente/representante

4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMÍA Y HACIENDA

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2506312736575

### Identificación del representante que presenta

39834322R

Apellidos y nombre, razón social o denominación
GOMIS RABASSA JOAN RAMON

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Responsable solidario Depositario | Gestor | Reseñado todo para adjudicación con solicitud de devolución |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

**Devengo**
Agrupación: Periodo/Año: 0A  2015
Fecha de devengo: 31/12/2015

**Renta obtenida**
Tipo renta: 2  02   Clave de divisa: 3  954

### Contribuyente

| N.I.F. | F/J | Apellidos y nombre, razón social o denominación |
|---|---|---|
| ...22R | F | GOMIS RABASSA JOAN RAMON |

N.I.F. en el país de residencia   Fecha de nacimiento: 1953   Lugar de nacimiento Ciudad: REUS   Código País: DM   Residencia fiscal Código País: 1  DM

Dirección en el país de residencia

(49) Domicilio CALLE DAVID BEN GURION, 8
(50) Datos complementarios del domicilio
(52) Correo electrónico   (53) Código Postal 10127   (51) Población/Ciudad SANTO DOMINGO   (54) Provincia/Región/Estado REPUBLICA DOMINICANA
(55) País DOMINICA   (58) Código País DM   (57) Teléf. fijo   (53) Teléf. móvil   (59) Nº de FAX

### Representante del contribuyente o, en su caso, domicilio a efectos de notificaciones en territorio español

| N.I.F. | F/J | Apellidos y nombre, razón social o denominación | Representante legal Voluntario |
|---|---|---|---|

Domicilio
(31) Tipo de Vía   (32) Nombre de la Vía Pública
(33) Tipo de numeración   (34) Número de casa   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta   (40) Puerta
(41) Datos complementarios del domicilio   (42) Localidad / Población (si es distinta del municipio)
(43) Código Postal   (44) Nombre del Municipio
(45) Provincia   (46) Teléf. fijo   (47) Teléf. móvil   (48) Nº de FAX

### Pagador/Retenedor/Emisor/Adquirente de inmueble

N.I.F. Q0017-G021 7/1   Apellidos y nombre, razón social o denominación  ...

### Situación del inmueble (solo rentas de bienes inmuebles)

(31) Tipo de Vía CALLE   (32) Nombre de la Vía Pública ANTONI GAUDI
(33) Tipo de numeración NUM   (34) Número de casa 00064   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta -1   (40) Puerta 25
(41) Datos complementarios del domicilio   (42) Localidad/Población (si es distinta del municipio) REUS
(43) Código Postal 43203   (44) Nombre del Municipio REUS
(45) Provincia TARRAGONA   (66) Referencia catastral 1285919CF4518E0102RQ

### Determinación de la base imponible

**210 I Renta inmobiliaria imputada**
Base imponible ...... 4   68,84

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
Cuota participación (%):   Contribuyente   Cónyuge
Cónyuge N.I.F.   Apellidos y nombre

**210 R Rendimientos**
Rendimientos íntegros ...... 5
Exención aplicada dividendos (límite anual 1.500 euros) ...... 6
Gastos deducibles ...... 7
Base imponible (5)-(6)-(7) ...... 8

| | Adq. | Domicilio | Me. trans. o 2ª adquisición |
|---|---|---|---|
| Valor de transmisión ...... 9 | | 133 | |
| Valor de adquisición ...... 10 | | 14 | |
| Diferencia ...... 11 | | 15 | |
| Ganancia ...... 12 | | 16 | |
| | | 17 | |

Base imponible (12) + (16) ......
Fecha de adquisición   Fecha de mejora o 2ª adquisición

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible ...... 18
Número de justificante del modelo 211 :

### Liquidación

Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros) ...... 19
Convenio ...... 20

| | | | |
|---|---|---|---|
| Tipo de gravamen Ley IRNR (%) ...... 21 | 24,00 | Reducción por Convenio (24) - (26) ...... 27 | |
| Cuota íntegra ...... 22 | 16,52 | Cuota íntegra reducida (24) - (27) ...... 28 | 16,52 |
| Deducción por donativos ...... 23 | | Retenciones/Ingresos a cuenta ...... 29 | |
| Cuota Ley IRNR (22) - (23) ...... 24 | 16,52 | Ingreso/Devolución anterior (*) ...... 30 | |
| Porcentaje Convenio (%) ...... 25 | | Resultado de la autoliquidación (28) - (29) - (30) ...... 31 | 16,52 |
| Límite Convenio ...... 26 | | (*) exclusivamente en caso de autoliquidación complementaria | |

### Fecha y firma

Fecha:
Firma:
Fdo: D/Dª*

Firma:
Fdo: D/Dª*

### Autoliquidación complementaria

Nº de justificante de la autoliquidación anterior:

| | | |
|---|---|---|
| MINISTERIO DE ECONOMÍA Y HACIENDA | **Agencia Tributaria** Teléfono: 901 33 55 33 www.agenciatributaria.es | **Impuesto sobre la Renta de no Residentes** No residentes sin establecimiento permanente DOCUMENTO DE INGRESO O DEVOLUCIÓN |

**Modelo 210**

**1. Persona que realiza la autoliquidación**

Número de justificante: 2506344549116

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

**Devengo**

Agrupación: | Período/Año: 0A 2015 | Fecha de devengo: 31/12/2015

**2. Resultado de la autoliquidación**

Resultado de la autoliquidación.......................................... [31] 25,74

**3. Ingreso**

Importe [casilla [31]]: 25,74

A través de entidad colaboradora (España)

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:  En efectivo | X E.C. adeudo en cuenta

Número de cuenta en España IBAN
E S 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

A través de entidad financiera en el extranjero

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:

Titular de la cuenta u ordenante:

U. Europea

N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta IBAN | SWIFT-BIC

Resto países

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**4. Devolución**

Importe (Casilla [31]): D | Renuncia a la devolución, a favor del Tesoro Público

Mediante transferencia a cuenta bancaria abierta en España

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

E S | Número de cuenta en España IBAN
C.C.C.

Datos identificativos de la entidad bancaria extranjera:

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

U. Europea

Número de cuenta IBAN | SWIFT-BIC

Resto países

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**5. Sin ingreso/Sin devolución**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO X

**6. Fecha y firma**

Fecha:
Firma: | Firma:

Fdo: O/D' | Fdo: O/D'

Ejemplar para el contribuyente/representante

4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2506344549116

| | | |
|---|---|---|
| 822R | | |
| Apellidos, razón social o denominación | GOMIS RABASSA JOAN RAMON | |

En su condición de: Contribuyente S X | Representante del contribuyente R | Pagador P | Depositario D | Gestor G | Retenido (sólo para autoliquidación con solicitud de devolución)

**Devengo**
Agrupación / Período/Año  0A  2015
Fecha de devengo  31/12/2015

**Renta obtenida**
Tipo renta  2 02  Clave de divisa  3 954

**Contribuyente**
N.I.F. 822R  F/J F  Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia | Fecha de nacimiento 1953 | Lugar de nacimiento: Ciudad REUS | | Código País DM | Residencia fiscal: Código País 1 DM

Dirección en el país de residencia

Domicilio CALLE DAVID BEN GURION, 8
Datos complementarios del domicilio
Correo electrónico  Código Postal 10127  Población/Ciudad SANTO DOMINGO  Provincia/Región/Estado REPUBLICA DOMINICANA
País DOMINICA  Código País DM  Teléf. fijo  Teléf. móvil  Nº de FAX

**Representante del contribuyente o, en su caso (domiciliación), responsable solidario o sucesor del contribuyente en el territorio español**
N.I.F.  F/J  Apellidos y nombre, razón social o denominación
Domicilio
Tipo de Vía  Nombre de la Vía Pública  Calificador del número  Bloque  Portal  Escalera  Planta  Puerta
Tipo de numeración  Número de casa
Datos complementarios del domicilio  Localidad / Población (si es distinta del municipio)
Código Postal  Nombre del Municipio
Provincia  Teléf. fijo  Teléf. móvil  Nº de FAX

**Pagador o Retenedor / Emisor / Adquirente del inmueble**
N.I.F. 0087-0602  F/J  Apellidos y nombre, razón social o denominación

**Situación del inmueble (sólo rentas de los tipos 01, 02, 28, 33 y 34)**
Tipo de Vía CALLE  Nombre de la Vía Pública EQUADOR  Calificador del número  Bloque  Portal  Escalera  Planta  Puerta
Tipo de numeración NUM  Número de casa 00055
Datos complementarios del domicilio  Localidad / Población (si es distinta del municipio) BARCELONA
Código Postal 08029  Nombre del Municipio BARCELONA
Provincia BARCELONA  Referencia catastral 8022802DF2882A0057MQ

**Determinación de la base imponible**

210 I  Renta inmobiliaria imputada
Base imponible  4  107,25

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%):  Contribuyente  Cónyuge
Cónyuge N.I.F.  Apellidos y nombre

210 R  Rendimientos
| | | Adquisición | Mejora o 2ª adquisición |
|---|---|---|---|
| Rendimientos íntegros | 5 | Valor de transmisión | 9 | 13 |
| Exención aplicada dividendos (límite anual 1.500 euros) | 6 | Valor de adquisición | 10 | 14 |
| Gastos deducibles | 7 | Diferencia | 11 | 15 |
| Base imponible [5]-[6]-[7] | 8 | Ganancia | 12 | 16 |
| | | Base imponible (12) + (16) | | 17 |
| | | Fecha de adquisición | | Fecha de mejora o 2ª adquisición |

210 G  Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible  18  Número de justificante del modelo 211

**Liquidación**
Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros)  19
Convenio  20

| | | | |
|---|---|---|---|
| Tipo de gravamen Ley IRNR (%) | 21 | 24,00 | |
| Cuota íntegra | 22 | 25,74 | |
| Deducción por donativos | 23 | | |
| Cuota Ley IRNR (23) - (23) | 24 | 25,74 | |
| Porcentaje Convenio (%) | 25 | | |
| Límite Convenio | 26 | | |
| Reducción por Convenio (24) - (26) | 27 | | |
| Cuota íntegra reducida (24) - (27) | 28 | 25,74 |
| Retenciones/ingresos a cuenta | 29 | |
| Ingreso/Devolución anterior (*) | 30 | |
| Resultado de la autoliquidación (28)-(29)+(30) | 31 | 25,74 |

(*) exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha  Firma  Fdo.: D/Dª

Firma  Fdo.: D/Dª

**Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMÍA Y HACIENDA

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

**Modelo 210**

## Persona que realiza la autoliquidación

NIF

Apellidos y nombre, razón social o denominación   GOMIS RABASSA JOAN RAMON

Número de justificante   2506341883850

### Devengo
Agrupación:   Periodo/Año   0A   2015   Fecha de devengo   31/12/2015

## Resultado de la autoliquidación

Resultado de la autoliquidación............................................   **31**   78,82

## Ingreso

Importe (casilla [31]):   78,82

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT d eautoliquidaciones.

Forma de pago:   En efectivo   X   E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S   00   0081   0087   5900   0134   6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:   ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta IBAN   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   País/Country   Código País/Country code

## Devolución

Importe (Casilla [31]):   D   Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social ó denominación

E S   Número de cuenta en España (IBAN)   C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   País/Country   Código País/Country code

## Su ingreso ni devolución

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO

## Fecha y firma

Fecha:
Firma:

Firma:

Fdo: D/Dª   Fdo: D/Dª

Ejemplar para el contribuyente/representante   4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente

MINISTERIO DE ECONOMIA Y HACIENDA

Modelo
**210**

Número de justificante 2506341883850

**Identificación del devengo**

NIF 39834322R
Apellidos y nombre, razón social o denominación
GOMIS RABASSA JOAN RAMON

En su condición de:
Contribuyente [S] X
Representante del contribuyente [R]
Pagador [P]
Depositario [D]
Gestor [G]
Retenedor (obligado a la adquisición con solicitud de devolución) [T]

Agrupación: [   ]  Período/Año 0A / 2015
Fecha de devengo 31/12/2015
Tipo renta 2 / 02  Clave de divisa 3 / 954

**Contribuyente**

N.I.F. 22R
F/J [F]  Apellidos y nombre, razón social o denominación
GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia
Fecha de nacimiento 1953
Lugar de nacimiento: Ciudad REUS
Código País DM
Residencia fiscal Código País 1 DM

Dirección en el país de residencia
Domicilio CALLE DAVID BEN GURION, 8
Datos complementarios del domicilio
Correo electrónico
Código Postal 10127
Población/Ciudad SANTO DOMINGO
Provincia/Región/Estado REPUBLICA DOMINICANA
País DOMINICA
Código País DM
Teléf. fijo
Teléf. móvil
N° de FAX

**Representante del contribuyente o, en caso de domicilio, a efectos de notificaciones en el territorio español**

N.I.F.  F/J  Apellidos y nombre, razón social o denominación

Domicilio
Tipo de Vía
Nombre de la Vía Pública
Tipo de numeración
Número de casa
Calificador del número
Bloque
Portal
Escalera
Planta
Puerta
Datos complementarios del domicilio
Localidad / Población (si es distinta del municipio)
Código Postal
Nombre del Municipio
Provincia
Teléf. fijo
Teléf. móvil
N° de FAX

**Pagador/Retenedor/Emisor/Adquirente del inmueble**

N.I.F.  F/J  Apellidos y nombre, razón social o denominación

**Situación del inmueble (sólo rentas de los tipos 01, 02, 28 ó 33)**

Tipo de Vía CTRA
Nombre de la Vía Pública EG.ERISTE
Tipo de numeración NUM
Número de casa 00001
Calificador del número
Bloque
Portal
Escalera 10
Planta
Puerta B
Datos complementarios del domicilio
Localidad/Población (si es distinta del municipio) SAHUN
Código Postal 08029
Nombre del Municipio SAHUN
Provincia HUESCA
Referencia catastral 2761301BH9148S0057KS

**Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible 4  328,43

210 H Rentas derivadas de transmisiones de bienes inmuebles
C/O  Cuota participación (%):  Contribuyente  Cónyuge
N.I.F.  Apellidos y nombre, razón social o denominación

210 R Rendimientos
Rendimientos íntegros 5
Exención solicitud dividendos (límite anual 1.500 euros) 6
Gastos deducibles 7
Base imponible [B]=[5]-[7] 8

Cónyuge
N.I.F.
Apellidos y nombre, razón social o denominación

Adquisición  Mejora o 2ª adquisición
Valor de transmisión 9  13
Valor de adquisición 10  14
Diferencia 11  15
Ganancia 12  16
Base en puntos (12) x (16)  17
Fecha de adquisición  Fecha de mejora o 2ª adquisición

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible 18

Número de justificante del modelo 211

**Liquidación**

Exenciones:
• Ley IRNR, excepto dividendos (límite anual 1.500 euros) 19
• Convenio 20

Tipo de gravamen Ley IRNR (%) 21  24,00
Cuota íntegra 22  78,82
Deducción por donativos 23
Cuota Ley IRNR (24) - (23) 24  78,82
Porcentaje Convenio (%) 25
Límite Convenio 26

Reducción por Convenio (24) - (26) 27
Cuota íntegra reducida (24) - (27) 28  78,82
Retenciones/ingresos a cuenta 29
Ingreso/Devolución anterior [*] 30
Resultado de la autoliquidación (28) - (29) + (30) 31  78,82
[*] exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha:
Firma:
Fdo: D/D*

**Autoliquidación complementaria**
N° de justificante de la autoliquidación anterior:

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo
**210**

Número de justificante: 2506373044585

NIF
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

Agrupada: | Período/Año | Fecha de devengo
| 0A | 2015 | 31/12/2015

**Resultado de la autoliquidación**

Resultado de la autoliquidación ...................................................... | 31 | 256,36

**Ingreso**

Importe (casilla [31]): | I | 256,36

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

En efectivo | X | E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S | 00 | 0061 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: | ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

U. Europea | Número de cuenta (IBAN) | SWIFT-BIC

Resto países
SWIFT-BIC | Número de cuenta/Account no.
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

**Devolución**

Importe (Casilla [31]): | D | Renuncia a la devolución, a favor del Tesoro Público |

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S |
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

U. Europea | Número de cuenta (IBAN) | SWIFT-BIC

Resto países
SWIFT-BIC | Número de cuenta/Account no.
Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

**Sin ingreso ni devolución**
Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO |

**Firma**
Fecha
Firma: | Firma:

Fdo: D/Dª | Fdo: D/Dª

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO
DE ECONOMIA Y
HACIENDA

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2506373044565

22R
Razón social o denominación: GOMIS RABASSA JOAN RAMON

**En su condición de:**

| Contribuyente | Responsable solidario | Pagador | Representante | Otros | Retenedor (sólo para autoliquidación con solicitud de devolución) |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

**Devengo**

Agrupación: Período/Año: 0A 2015
Fecha de devengo 31/12/2015

**Renta obtenida**

Tipo renta 2 02  Clave de divisa 3 954

## 1. Contribuyente

N.I.F. [____]22R   F/J **F**   Apellidos y nombre, razón social o denominación **GOMIS RABASSA JOAN RAMON**

N.I.F. en el país de residencia [____]   Fecha de nacimiento [__]/1953   Lugar de nacimiento Ciudad **REUS**   Código País **DM**   Residencia fiscal Código País **DM**

Dirección en el país de residencia

(49) Domicilio **CALLE DAVID BEN GURION, 8**

(50) Datos complementarios del domicilio

(52) Correo electrónico   (53) Código Postal (ZIP) **10127**   (51) Población/Ciudad **SANTO DOMINGO**   (54) Provincia/Región/Estado **REPUBLICA DOMINICANA**

(55) País **DOMINICA**   (56) Código País **DM**   (57) Teléf. fijo   (58) Teléf. móvil   (59) Nº de FAX

## 2. Representante del contribuyente o, en otro caso, del titular, menor de las retenciones en el territorio español

N.I.F. [____]   F/J   Apellidos y nombre, razón social o denominación

Domicilio

(31) Tipo de Vía   (32) Nombre de la Vía Pública

(33) Tipo de numeración   (34) Número de casa   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta   (40) Puerta

(41) Datos complementarios del domicilio   (42) Localidad / Población (si es distinta del municipio)

(43) Código Postal   (44) Nombre del Municipio

(45) Provincia   (46) Teléf. fijo   (47) Teléf. móvil   (48) Nº de FAX

Representante: Legal Voluntario

## 3. Pagador/Retenedor/Emisor/Adquirente del inmueble

N.I.F. [____]   F/J   Apellidos y nombre, razón social o denominación

## 4. Situación del inmueble (sólo rentas de los tipos 01, 02 y 31)

(31) Tipo de Vía **CALLE**   (32) Nombre de la Vía Pública **ECUADOR**

(33) Tipo de numeración **NUM**   (34) Número de casa **00055**   (35) Calificador   (36) Bloque   (37) Portal   (38) Escalera **B**   (39) Planta **3**   (40) Puerta **3**

(41) Datos complementarios del domicilio   (42) Localidad/Población (si es distinta del municipio) **BARCELONA**

(43) Código Postal **08029**   (44) Nombre del Municipio **BARCELONA**

(45) Provincia **BARCELONA**   (50) Referencia catastral **8022802DF2882A0217QW**

## 5. Determinación de la base imponible

**210 I Renta inmobiliaria imputada**

Base imponible ........... 4   **1.068,6**

**210 R Rendimientos**

| | | |
|---|---|---|
| Rendimientos íntegros ........... | 5 | |
| Exención aplicada dividendos (límite anual 1.500 euros) ........ | 6 | |
| Gastos deducibles .......... | 7 | |
| Base imponible (5 - 6 - 7) .......... | 8 | |

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**

Base imponible .......... 18

**210 H Rentas derivadas de transmisiones de bienes inmuebles**

C/O   Cuota participación (%):   Contribuyente   Cónyuge
Cónyuge N.I.F.   Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión ...... | 9 | 13 |
| Valor de adquisición ...... | 10 | 14 |
| Diferencia ...... | 11 | 15 |
| Ganancia ...... | 12 | 16 |
| Base imponible (17) = (12) + (16) ...... | | 17 |

Fecha de adquisición   Fecha de mejora o 2ª adquisición

Número de justificante del modelo 211

## 6. Liquidación

Exenciones:
- Ley IRNR, excepto dividendos (límite anual 1.500 euros) 19
- Convenio 20

| | | | | | |
|---|---|---|---|---|---|
| Tipo de gravamen Ley IRNR (%).... | 21 | 24,00 | Reducción por Convenio (24) - (26).... | 27 | |
| Cuota íntegra............. | 22 | 256,36 | Cuota íntegra reducida (24) - (27)..... | 28 | 256,36 |
| Deducción por donativos ........ | 23 | | Retenciones/Ingresos a cuenta ....... | 29 | |
| Cuota Ley IRNR (22) - (23)......... | 24 | 256,36 | Ingresos/Devolución anterior (*)....... | 30 | |
| Porcentaje Convenio (%)........ | 25 | | Resultado de la autoliquidación (28) - (29) + (30)... | 31 | 256,36 |
| Límite Convenio............ | 26 | | (*) exclusivamente en caso de autoliquidación complementaria | | |

## 7. Fecha y firma

Fecha   Firma
Firma:   Fdo.: D/Dª
Fdo.: D/Dª

## 8. Autoliquidación complementaria

Nº de justificante de la autoliquidación anterior:

3

DOCUMENT SEPARATOR

**Document Seperator**

# DOCUMENT SEPARATOR

**Document Seperator**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**MINISTERIO DE ECONOMÍA Y HACIENDA**

Impuesto sobre la Renta de no Residentes

(No residentes sin establecimiento permanente)

DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo
**210**

Número de justificante: 2507392008904

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON  GOMS

| N.I.F./REFERENCIA | Agrupación | Periodo/Año | Fecha de devengo |
|---|---|---|---|
| | | 0A  2016 | 31/12/2016 |

Resultado de la autoliquidación....................................................... | 31 | 4,05

Importe (casilla [31]): | | 4,05

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

Número de cuenta en España (IBAN)

☐ En efectivo   ☒ E.C. adeudo en cuenta   E|S: 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: | ES7900000120270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:

N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección de Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code
0081 070120111230343  210  8600  00250739200890-4  39854322R

20.01.17   ING.   4,05   EUR   ES75 0081 0087 5900 0134 6639

Importe (Casilla [31]): | D | Renuncia a la devolución, a favor del Tesoro Público ☐

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E|S | | | C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTACERO ☐

Fecha
Firma: | Firma:

Fdo: D/Dª | Fdo: D/Dª

MINISTERIO DE ECONOMIA Y HACIENDA

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2507392008904

**1 Retención/ingreso a cuenta/cuota a ingresar**

NIF

razón social o denominación **GOMIS RABASSA JOAN RAMON**

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Retenedor (sólo para subdeducción con solicitud de devolución) |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

**Devengo**
Agrupación: OA   Periodo/Año: 2016
Fecha de devengo: 31/12/2016

**Renta obtenida**
Tipo renta: 2  02   Clave de divisa: 3  954

**2 Contribuyente**

N.I.F. [  ]322R   F/J F   Apellidos y nombre, razón social o denominación **GOMIS RABASSA JOAN RAMON**

N.I.F. en el país de residencia [  ]322R   Fecha de nacimiento 1953   Lugar de nacimiento Ciudad **REUS**   Código País ES   Residencia fiscal. Código País 1 DM

Dirección en el país de residencia

(49) Domicilio **HECTOR INCHAUSTEGUI, 19 APART.10-A**

(50) Datos complementarios del domicilio

(51) Población/Ciudad **PIANTINI**

(52) Correo electrónico

(53) Código Postal 10127

(54) Provincia/Región/Estado **REPUBLICA DOMINICANA**

(55) País **DOMINICA**   (56) Código País **DM**   (57) Teléf. fijo   (58) Teléf. móvil   (59) Nº de FAX

**3 Representante/domicilio a efectos de notificaciones del contribuyente en territorio español**

N.I.F.   F/J   Apellidos y nombre, razón social o denominación   Representante: Legal Voluntario

Domicilio

(31) Tipo de Vía   (32) Nombre de la Vía Pública

(33) Tipo de numeración   (34) Número de casa   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta   (40) Puerta

(41) Datos complementarios del domicilio

(42) Localidad / Población (si es distinta del municipio)

(43) Código Postal   (44) Nombre del Municipio

(45) Provincia   (46) Teléf. fijo   (47) Teléf. móvil   (48) Nº de FAX

**4 Pagador/Retenedor/Emisor/Adquirente del inmueble**

N.I.F.   F/J   Apellidos y nombre, razón social o denominación

**5 Situación del inmueble (sólo rentas de los tipos 01, 02 y 28)**

(31) Tipo de Vía **PLAZA**   (32) Nombre de la Vía Pública **ALMOSTER**

(33) Tipo de numeración **NUM**   (34) Número de casa 00001   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera **B**   (39) Planta -1   (40) Puerta 25

(41) Datos complementarios del domicilio

(42) Localidad/Población (si es distinta del municipio) **REUS**

(43) Código Postal 43202   (44) Nombre del Municipio **REUS**

(45) Provincia **TARRAGONA**   (50) Referencia catastral **0988201CF4508H0101HM**

**6 Determinación de la base imponible (rentas tipos 01, 02, 28 y 30)**

**210 I Renta Inmobiliaria Imputada**

Base imponible ............ 4   16,87

**210 R Rendimientos**

Rendimientos íntegros ........ 5
Exención aplicada dividendos (límite anual 1.500 euros) ....... 6
Gastos deducibles ....... 7
Base imponible (05)-(06)-(07) ....... 8

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**

Base imponible ....... 18

**210 H** Rentas derivadas de transmisiones de bienes inmuebles   C/O   Cuota a participación (%):   Contribuyente   Cónyuge

Cónyuge e NIF   Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión ....... | 9 | 13 |
| Valor de adquisición ....... | 10 | 14 |
| Diferencia ....... | 11 | 15 |
| Ganancia ....... | 12 | 16 |
| | | 17 |

Base imponible (12) - (16) ....... 
Fecha de adquisición   Fecha de mejora o 2ª adquisición

Número de justificante del modelo 211

**7 Liquidación**

Exenciones:
* Ley IRNR, excepto dividendos límite anual 1.500 euros 19
* Convenio 20

Tipo de gravamen Ley IRNR (%) .... 21   24,00
Cuota íntegra .... 22   4,05
Deducción por donativos .... 23
Cuota Ley IRNR (22) - (23) .... 24   4,05
Porcentaje Convenio (%) .... 25
Límite Convenio .... 26

Reducción por Convenio (24)-(26) .... 27
Cuota íntegra reducida (24) -(27) .... 28   4,05
Retenciones/ingresos a cuenta .... 29
Ingreso/Devolución anterior (*) .... 30
Resultado de la autoliquidación (28)-(29) + (30) .... 31   4,05
(*) exclusivamente en caso de autoliquidación complementaria

**8 Ingreso y Devolución**

Fecha   Firma:   Fdo: D/Dª
Firma:   Fdo: D/Dª

**9 Autoliquidación complementaria**

Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2507342573522

NIF
Apellidos y nombre, razón social o denominación GOMIS RABASSA JOAN RAMON   GOMS

| Agrupación | Período/Año | Fecha de devengo |
|---|---|---|
| 0A | 2016 | 31/12/2016 |

## Resultado de la autoliquidación

Resultado de la autoliquidación ........................................ | 31 | 5,05

## Ingreso

Importe (casilla [31]): | I | 5,05

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

Número de cuenta en España (IBAN)

En efectivo | X | E.C. adeudo en cuenta | E S | 00 | 0081 | 0087 | 5900 | 0134 | 6639
c.c.c.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES87900000012002700002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.          Apellidos y nombre, razón social o denominación

Número de cuenta (IBAN)          SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City          País/Country          Código País/Country code

0087 070120111044040343   210   8600   002507342573522   39834322R
20-01-17   ING.   5,05   EUR   ES75 0081 0087 5900 0134 663

## Devolución

Importe (Casilla [31]): | D |          Renuncia a la devolución, a favor del Tesoro Público |

Titular de la cuenta:
N.I.F.          Apellidos y nombre, razón social o denominación

Número de cuenta en España (IBAN)
E S
c.c.c.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.          Apellidos y nombre, razón social o denominación

Número de cuenta (IBAN)          SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City          País/Country          Código País/Country code

## Cuota cero

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.          CUOTA CERO |

Fecha
Firma

Fdo D./Dª          Fdo: D./Dª

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes

No residentes sin establecimiento permanente

**Modelo 210**

Número de justificante: 2507342573522

**Identificación (representante)**

NIF 22R
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

En su condición de:
Contribuyente S X | Representante del contribuyente R | Pagador P | Depositario D | Gestor G | Responsable T

Referencia año para solicitud de devolución: 

**Devengo**
Agrupación: 0A | Periodo/Año 2016 | Fecha de devengo 31/12/2016

**Renta obtenida**
Tipo renta 2 | 02 | Clave de divisa 3 | 954

**Contribuyente**

N.I.F. 822R | F/J F | Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia 822R | Fecha de nacimiento 20/04/1953 | Lugar de nacimiento. Ciudad REUS | Código País ES | Residencia fiscal. Código País I DM

Dirección en el país de residencia
(49) Domicilio: HECTOR INCHAUSTEGUI, 18 APART.10-A
(50) Datos complementarios del domicilio:
(51) Población/Ciudad PIANTINI
(52) Correo electrónico: | (53) Código Postal 10127 | (54) Provincia/Región/Estado REPUBLICA DOMINICANA
(55) País DOMINICA | (56) Código País DM | (57) Teléf. fijo | (58) Teléf. móvil | (59) Nº de FAX

**Pagador/Retenedor/Emisor/Enajenante/Adquirente del inmueble**

N.I.F. | F/J | Apellidos y nombre, razón social o denominación:
Domicilio
(31) Tipo de Vía | (32) Nombre de la Vía Pública
(33) Tipo de numeración | (34) Número de casa | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | (39) Planta | (40) Puerta
(41) Datos complementarios del domicilio
(43) Código Postal | (34) Nombre del Municipio
(45) Provincia | (46) Teléf. fijo | (47) Teléf. móvil | (48) Nº de FAX

**Representante legal/Titular/Adquirente del inmueble**

N.I.F. | F/J | Apellidos y nombre, razón social o denominación:

**Situación del inmueble (rentas imputadas y ganancias patrimoniales)**

(31) Tipo de Vía CTRA | (32) Nombre de la Vía Pública EG.ERISTE
(33) Tipo de numeración NUM | (34) Número en casa 00001 | (35) Calificador del número | (36) Bloque 1 | (37) Portal | (38) Escalera | (39) Planta -1 | (40) Puerta 56
(41) Datos complementarios del domicilio
(43) Código Postal 08029 | (44) Nombre del Municipio SAHUN | (42) Localidad/Población (si es distinta del municipio) SAHUN
(45) Provincia HUESCA | (60) Referencia catastral 2761301BH9148S0200TX

**Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible ........... [4] 21,05

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%): Contribuyente | Cónyuge
D/O
N.I.F. | Apellidos y nombre
Cónyuge

210 R Rendimientos
Rendimientos íntegros ........... [5]
Exención aplicada dividendos (límite anual 1.500 euros) ........... [6]
Gastos deducibles ........... [7]
Base imponible ([5] [6-[7]) ........... [8]

Adquisición | Mejora o 2ª adquisición
Valor de transmisión ........... | [13]
Valor de adquisición ........... | [14]
Diferencia ........... | [15]
Ganancia ........... | [16]
Base imponible ([12]+[16]) ........... | [17]
Fecha de adquisición

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible ........... [18]
Número de justificante del modelo 211

**Liquidación**

Exenciones:
* Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
* Convenio [20]

Tipo de gravamen Ley IRNR (%) [21] 24,00
Cuota íntegra ........... [22] 5,05
Deducción por donativos ........... [23]
Cuota Ley IRNR ([22]-[23]) ........... [24] 5,05
Porcentaje Convenio (%) ........... [25]
Límite Convenio ........... [26]

Reducción por Convenio ([24]-[26]) ........... [27]
Cuota íntegra reducida ([24]-[27]) ........... [28] 5,05
Retenciones/Ingresos a cuenta ........... [29]
Ingreso/Devolución anterior [30]
Resultado de la autoliquidación ([28]-[29]-[30]) ........... [31] 5,05
* exclusivamente en caso de autoliquidación complementaria la...

**Fecha y firma**
Fecha | Firma | Fdo: D/D⁰

**Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMIA Y HACIENDA

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

**Modelo 210**

Número de justificante: 250736115542

NIF: GOMS

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

| Agrupación | Período/Año | Fecha de devengo |
|---|---|---|
| 0A | 2016 | 31/12/2016 |

Resultado de la autoliquidación.................................... [31] 16,52

**Ingreso**

Importe (casilla [31]): 16,52

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:   Número de cuenta en España (IBAN)

☐ En efectivo   ☒ E.C. adeudo en cuenta

E S 00   0081   0087   5900   0134   6639   C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

| Ciudad/City | Pais/Country | Código País/Country code |
|---|---|---|
| 0087-0701201109260343   210   8600 | 00250736111554-2   398343222R | |

20.01.17   ING.   16,52   EUR   ES75   0081   0087   5900   0134   663

**Devolución**

Importe (Casilla [31]): [D]   Renuncia a la devolución, a favor del Tesoro Público ☐

Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S   C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

| Ciudad/City | Pais/Country | Código País/Country code |
|---|---|---|

2 0 GEN. 2017   087

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO ☐

Fecha   Firma:
Firma:

Fdo: D/Dª   Fdo: D/Dª

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2507361155542

**GOMIS RABASSA JOAN RAMON**

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Retenedor u obligado al ingreso a cuenta por la adquisición de inmuebles |
|---|---|---|---|---|---|
| S  X | R | P | D | C | T |

Devengo (2)
Asignación: 0A  Período/Año: 2016   Tipo renta: 2  02   Clave de divisa: 3  954
Fecha de devengo: 31/12/2016

**Contribuyente**

N.I.F.: 22R   F/J: F   Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia: 22R   Fecha de nacimiento: 1953   Lugar de nacimiento Ciudad: REUS   Código País: ES   Residencia fiscal. Código País: 1  DM

Dirección en el país de residencia

Domicilio: HECTOR INCHAUSTEGUI, 19 APART.10-A
Datos complementarios del domicilio:    Población/Ciudad: PIANTINI
Correo electrónico:    Código Postal: 10127   Provincia/Región/Estado: REPUBLICA DOMINICANA
País: DOMINICA   Código País: DM   Teléf. fijo:    Teléf. móvil:    Nº de FAX:

**Representante legal del contribuyente...**

N.I.F.:   F/J:   Apellidos y nombre, razón social o denominación:    Representante: Legal  Voluntario

Domicilio

| Tipo de Vía | Nombre de la Vía Pública | Tipo de numeración | Número de casa | Calificador del número | Bloque | Portal | Escalera | Planta | Puerta |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Datos complementarios del domicilio:   Localidad / Población (si es distinta del municipio):
Código Postal:   Nombre del Municipio:   Provincia:   Teléf. fijo:   Teléf. móvil:   Nº de FAX:

**Pagador/Retenedor/Emisor/Adquirente del inmueble**

N.I.F.:   F/J:   Apellidos y nombre, razón social o denominación:

**Situación del inmueble**

| Tipo de Vía: CALLE | Nombre de la Vía Pública: ANTONI GAUDI | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Tipo de numeración: NUM   Número de casa: 00064   Calificador del número:    Bloque: 1   Portal:   Escalera: B   Planta: -1   Puerta: 25
Datos complementarios del domicilio:    Localidad/Población (si es distinta del municipio): REUS
Código Postal: 43203   Nombre del Municipio: REUS
Provincia: TARRAGONA   Referencia catastral: 1265919CF4518E0102RQ

**Determinación de la base imponible**

**210 I Renta inmobiliaria imputada**
Base imponible: 4  68,84

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
Cuota participación (%):   Contribuyente:   Cónyuge:
N.I.F.:    Apellidos y nombre:

**210 R Rendimientos**
Rendimientos íntegros: 5
Exención aplicada dividendos (límite anual 1.500 euros): 6
Gastos deducibles: 7
Base imponible (5 - 6 - 7): 8

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión: 9 | | 13 |
| Valor de adquisición: 10 | | 14 |
| Diferencia: 11 | | 15 |
| Ganancia: 12 | | 16 |
| Base imponible (12) + (16): | | 17 |

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible: 18

Fecha de adquisición:   Fecha de mejora o 2ª adquisición:
Número de justificante del modelo 211:

**Cálculo del impuesto**

Exenciones:
* Ley IRNR, excepto dividendos límite anual 1.500 euros): 19
* Convenio: 20

Tipo de gravamen Ley IRNR (%): 21  24,00
Cuota íntegra: 22  16,52
Deducción por donativos: 23
Cuota Ley IRNR (22 - 23): 24  16,52
Porcentaje Convenio (%): 25
Límite Convenio: 26

Reducción por Convenio (24) - (26): 27
Cuota íntegra reducida (24) - (27): 28  16,52
Retenciones/Ingresos a cuenta: 29
Ingreso/Devolución anterior: 30
Resultado de la autoliquidación (28) - (29) + (30): 31  16,52
exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Por la:   Firma:
En:   a:   de:   D/D':

**Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMÍA Y HACIENDA

Impuesto sobre la Renta de No Residentes
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo **210**

### Persona que realiza la autoliquidación

NIF

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON     GOMS

Número de justificante  2507301918326

Ejercicio
Agrupado | Periodo/Año | Fecha de devengo
 | 0A   2016 | 31/12/2016

### Resultado de la autoliquidación

Resultado de la autoliquidación.................................................. | 31 | 25,74

### Ingreso

Importe (casilla [31]): | I | 25,74

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:

En efectivo   | X | E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S | 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:  ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación

U. Europea

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Resto países

Ciudad/City | País/Country | Código País/Country code

0087-0701201107580343  210  8600   002507301918326   398343228
20-01.17   ING.        25,74 — EUR   ES75 0081 0087 5900 0134 663

### Devolución

Importe (Casilla [31]): | D |   Renuncia a la devolución, a favor del Tesoro Público | |

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación

Número de cuenta en España (IBAN)
E S
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación

U. Europea

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Resto países

Ciudad/City | País/Country | Código País/Country code

### Cuota cero

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO | |

### Firma

Fecha
Firma:

Firma:

Fdo D/Dª

Fdo D/Dª



Ejemplar para el contribuyente/representante

3

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2507392108794

NIF
Apellidos y nombre, razón social o denominación  GOMIS RABASSA JOAN RAMON   GOMS

Agrupación | Periodo/Año | Fecha de devengo
| 0A  2016 | 31/12/2016

Resultado de la autoliquidación.................................................................... |3I| 78,82

Importe (casilla [31]): | | | 78,82

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:                                     Número de cuenta en España (IBAN)
| En efectivo  | X | E.C. adeudo en cuenta  E|S| 00 | 0081 | 0087 | 5900 | 0134 | 6639
                                                                                                        c.c.c.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: | ES8790000001200270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.                          Apellidos y nombre, razón social o denominación:

                             Número de cuenta (IBAN)                                    SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City                                          País/Country                        Código País/Country code
0087-0701201110050343  210  8600  00250739210879-4  398354322R
20.01.17  ING.  78,82  EUR  ES75 0081 0087 5900 0134 663(

Importe (Casilla [31]): |D|                              Renuncia a la devolución, a favor del Tesoro Público |
Titular de la cuenta:
N.I.F.                          Apellidos y nombre, razón social o denominación:
                                                                Número de cuenta en España (IBAN)
                                         E|S|                                              c.c.c.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.                          Apellidos y nombre, razón social o denominación:

                             Número de cuenta (IBAN)                                    SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección de Banco/Adress of the bank

Ciudad/City                                          País/Country                        Código País/Country code

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.                    CUOTA CERO |

Fecha
Firma:                                               Firma:

Fdo: D/Dª                                            Fdo: D/Dª

**MINISTERIO DE ECONOMÍA Y HACIENDA**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
**No residentes sin establecimiento permanente**

**Modelo 210**

Número de justificante: 2507392108794

| | |
|---|---|
| N.I.F. | [redacted]22R |
| Apell... razón social o denominación | GOMIS RABASSA JOAN RAMON |

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Retenedor/obligado para autoliquidación con solicitud de devolución |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

Agrupación: Período/Año: 0A 2016
Fecha de devengo: 31/12/2016

Tipo renta: 2 02   Clave de divisa: 3 954

## Contribuyente

| N.I.F. | | | Apellidos y nombre, razón social o denominación |
|---|---|---|---|
| [redacted]22R | F/J | F | GOMIS RABASSA JOAN RAMON |

| N.I.F. en el país de residencia | Fecha de nacimiento | Lugar de nacimiento: Ciudad | | Código País | Residencia fiscal Código País |
|---|---|---|---|---|---|
| [redacted]2R | 20/04/1953 | REUS | | ES | 1  DM |

Dirección en el país de residencia

| (49) Domicilio | HECTOR INCHAUSTEGUI, 19 APART.10-A | | |
|---|---|---|---|
| (50) Datos complementarios del domicilio | | | |
| (51) Población/Ciudad | PIANTINI | | |
| (52) Correo electrónico | | (53) Código Postal | 10127 | (54) Provincia/Región/Estado | REPUBLICA DOMINICANA |
| (55) País | DOMINICA | (56) Código País | DM | (57) Teléf. fijo | (58) Teléf. móvil | (59) Nº de FAX |

## Representante legal del contribuyente o representante del no residente en caso de establecimiento permanente

| N.I.F. | | | Apellidos y nombre, razón social o denominación |
|---|---|---|---|
| | F/J | | |

Representante: Legal Voluntario

Domicilio

| (31) Tipo de Vía | (32) Nombre de la Vía Pública | | | | | |
|---|---|---|---|---|---|---|
| (33) Tipo de numeración | (34) Número de casa | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | (39) Planta | (40) Puerta |
| (41) Datos complementarios del domicilio | | (42) Localidad / Población si es distinta del municipio | | | | |
| (43) Código Postal | (44) Nombre del Municipio | | | | | |
| (45) Provincia | | (46) Teléf. fijo | | (47) Teléf. móvil | | (48) Nº de FAX |

## Pagador/Retenedor/Emisor/Adquirente/Bien inmueble

| N.I.F. | | | Apellidos y nombre, razón social o denominación |
|---|---|---|---|
| | F/J | | |

## Situación del inmueble/Referencia catastral

| (31) Tipo de Vía | CTRA | (32) Nombre de la Vía Pública | EG.ERISTE | | | |
|---|---|---|---|---|---|---|
| (33) Tipo de numeración | NUM | (34) Número de casa | 00001 | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | 19 | (39) Planta | (40) Puerta | B |
| (41) Datos complementarios del domicilio | | (42) Localidad/Población si es distinta del municipio | SAHUN | | | |
| (43) Código Postal | 08029 | (44) Nombre del Municipio | SAHUN | | | |
| (45) Provincia | HUESCA | | | (60) Referencia catastral | 2761301BH9148S0057KS | |

## Determinación de la base imponible

### 210 I Renta inmobiliaria imputada

| Base imponible | 4 | 328,43 |
|---|---|---|

### 210 R Rendimientos

| Rendimientos íntegros | 5 | |
| Exención aplicada dividendos límite anual 1.500 euros | 6 | |
| Gastos deducibles | 7 | |
| Base imponible ([5]-[6]-[7]) | 8 | |

### 210 G Ganancias patrimoniales (excepto bienes inmuebles)

| Base imponible | 18 | |

### 210 H Rentas derivadas de transmisiones de bienes inmuebles

Cuota participación (%): Contribuyente / Cónyuge

| Cónyuge N.I.F. | | Apellidos y nombre |
|---|---|---|

| | | Adquisición | Mejora o 2ª adquisición |
|---|---|---|---|
| Valor de transmisión | 9 | | 13 |
| Valor de adquisición | 10 | | 14 |
| Diferencia | 11 | | 15 |
| Ganancia | 12 | | 16 |
| Base imponible ([12] + [16]) | | | 17 |

Fecha de adquisición

Fecha de adquisición o 2ª adquisición

Número de justificante del modelo 211

## Liquidación

Exenciones:
Ley IRNR, excepto dividendos límite anual 1.500 euros

| | 19 |
| Convenio | 20 |

| Tipo de gravamen Ley IRNR RD... | 21 | 24,00 |
|---|---|---|
| Cuota íntegra | 22 | 78,82 |
| Deducción por donativos | 23 | |
| Cuota Ley IRNR ([22] - [23]) | 24 | 78,82 |
| Porcentaje Convenio (%) | 25 | |
| Límite Convenio | 26 | |

| Reducción por Convenio (24) - (26) | 27 | |
|---|---|---|
| Cuota íntegra reducida (24) - (27) | 28 | 78,82 |
| Retenciones/ingresos a cuenta | 29 | |
| Ingreso/Devolución anterior | 30 | |
| Resultado de la autoliquidación (28) - (29) - (30) | 31 | 78,82 |

Y exclusivamente en caso de autoliquidación complementaria

## Fecha y firma

| Fecha: | Firma: |
|---|---|
| Por: D/Dª | Por: D/Dª |

## Autoliquidación complementaria

Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo **210**

Número de justificante: 2507343197021

**Persona o Entidad que declara/presenta declaración**

Apellidos y nombre, razón social o denominación: **GOMIS RABASSA JOAN RAMON** GOMS

**Devengo**

| Agrupación | Periodo/Año | Fecha de devengo |
|---|---|---|
| | 0A   2016 | 31/12/2016 |

**Resultado de la autoliquidación**

Resultado de la autoliquidación.................................................. **31** | 256,36

**Ingreso**

Importe (casilla [31]) | **I** | 256,36

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:   En efectivo   [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S | 00 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:  ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   País/Country   Código País/Country code

0087-07012011108430343   210   8600   00250734319702-1   398343228
20.01.17   ING.   256,36   EUR   E875 0081 0087 5900 0134 663

**Devolución**

Importe (Casilla [31]): **D**   Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   País/Country   Código País/Country code

**Sin ingreso ni devolución**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO

**Fecha y Firma**

| Fecha | | Firma: |
|---|---|---|
| Firma: | | |
| Fdo: D/Dª | | Fdo: D/Dª |

2 0 GEN. 2017
G57
Reus 02.

Ejemplar para el contribuyente/representante

4

**MINISTERIO DE ECONOMÍA Y HACIENDA**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

**Modelo 210**

Número de justificante: 2507343197021

**Devengo**

...22R
Apellidos y nombre, razón social o Denominación: GOMIS RABASSA JOAN RAMON

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Retención (sólo para autoliquidación con solicitud de devolución) |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

Agrupación: 0A   Periodo/Año: 2016
Fecha de devengo: 31/12/2016

Tipo renta: 2  02
Clave de divisa: 3  954

**Contribuyente**

N.I.F. ...22R | F/J: F | Apellidos y nombre, razón social o denominación: GOMIS RABASSA JOAN RAMON

N.I.F. en el país de residencia: ...22R | Fecha de nacimiento: 1953 | Lugar de nacimiento - Ciudad: REUS | Código País: ES | Residencia fiscal Código País: DM

Dirección en el país de residencia

(49) Domicilio: HECTOR INCHAUSTEGUI, 19 APART 10-A
(50) Datos complementarios del domicilio
(51) Población/Ciudad: PIANTINI
(52) Correo electrónico
(53) Código Postal: 10127
(54) Provincia/Región/Estado: REPUBLICA DOMINICANA
(55) País: DOMINICA | (56) Código País: DM | (57) Teléf. fijo | (58) Teléf. móvil | (59) N° de FAX

**Representante legal del contribuyente**

N.I.F. | F/J | Apellidos y nombre, razón social o denominación:

Domicilio
(31) Tipo de Vía | (32) Nombre de la Vía Pública
(33) Tipo de numeración | (34) Número de casa | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | (39) Planta | (40) Puerta
(41) Datos complementarios del domicilio | (42) Localidad / Población (si es distinta del municipio)
(43) Código Postal | (44) Nombre del Municipio
(45) Provincia | (46) Teléf. fijo | (47) Teléf. móvil | (48) N° de FAX

**Pagador/Retenedor/Emisor/Adquirente del inmueble**

N.I.F. | F/J | Apellidos y nombre, razón social o denominación:

**Situación del inmueble / Referencia catastral**

(31) Tipo de vía: CALLE | (32) Nombre de la Vía Pública: ECUADOR
(33) Tipo de numeración: NUM | (34) Número de casa: 00055 | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera: B | (39) Planta: 3 | (40) Puerta: 3
(41) Datos complementarios del domicilio | (42) Localidad/Población (si es distinta del municipio): BARCELONA
(43) Código Postal: 08029 | (44) Nombre del Municipio: BARCELONA
(45) Provincia: BARCELONA | (60) Referencia catastral: 8022802DF2882A02I7QW

**Determinación de la base imponible**

**210 I   Renta inmobiliaria imputada**

Base imponible ... [4]  1.068,16

**210 R   Rendimientos**

Rendimientos íntegros ... [5]
Exención aplicada dividendos (límite anual 1.500 euros) ... [6]
Gastos deducibles ... [7]
Base imponible ([5]-[6]-[7]) ... [8]

**210 G   Ganancias patrimoniales (excepto bienes inmuebles)**

Base imponible ... [18]

**210 H   Rentas derivadas de transmisiones de bienes inmuebles**

Cuota participación (%): C/G   Contribuyente   Cónyuge
Cónyuge
N.I.F. | Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión | [9] | [13] |
| Valor de adquisición | [10] | [14] |
| Diferencia | [11] | [15] |
| Ganancia | [12] | [16] |
| Base imponible ([12]+[16]) | | [17] |

Fecha de adquisición | Fecha de mejora o 2ª adquisición

Número de justificante del modelo 211

**Liquidación**

Exenciones:
* Ley IRNR, excepto dividendos (límite anual 1.500 euros) ... [19]
* Convenio ... [20]

Tipo de gravamen Ley IRNR (%) ... [21]  24,00
Cuota íntegra ... [22]  256,36
Deducción por donativos ... [23]
Cuota Ley IRNR ([22]-[23] ... [24]  256,36
Porcentaje Convenio (%) ... [25]
Límite Convenio ... [26]

Reducción por Convenio ([24]-[26])... [27]
Cuota íntegra reducida ([24]-[27]) ... [28]  256,36
Retenciones/Ingresos a cuenta ... [29]
Ingreso/Devolución anterior ... [30]
Resultado de la autoliquidación [28]-[29]-[30] ... [31]  256,36
exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**

Fecha
Firma:
Fdo: D/Dª
Firma
Fdo: D/Dª

**Autoliquidación complementaria**

N° de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

# DOCUMENT SEPARATOR

**Document Seperator**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
(DECLARACIÓN DE INGRESO O DEVOLUCIÓN)

Modelo
**210**

## 1. Persona o entidad que realiza la autoliquidación

Número de justificante: 2508372658233

NIF | GOMS
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

### Devengo
Agrupación | Período/Año 0A / 2017 | Fecha de devengo 31/12/2017

## Resultado de la autoliquidación

Resultado de la autoliquidación............................................................................ 31 | 6,86

## Ingreso

Importe (casilla [31]): | 6,86

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:
En efectivo | [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S 75 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES97 9000 0001 200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

## Devolución

Importe (Casilla [31]): [D] | Renuncia a la devolución, a favor del Tesoro Público [ ]

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S | C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank
Dirección del Banco/Adress of the bank
Ciudad/City | País/Country | Código País/Country code

## Cuota cero

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO [ ]

## Firma

Fecha
Firma

Firma

Fdo. D/D° | Fdo. D/D°

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2508372658233

**Persona que realiza la autoliquidación**

NIF: 2R
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

En su condición de:
Contribuyente S X
Representante del contribuyente R
Pagador P
Depositario D
Gestor G
Retenedor (sólo para solicitud de devolución) T

Agrupación: Periodo/Año: 0A 2017
Fecha de devengo: 31/12/2017
Tipo renta: 2 02
Clave de renta: 3 954

**Contribuyente**

N.I.F.: 2R
Apellidos y nombre, razón social o denominación: F  GOMIS RABASSA JUAN RAMON
N.I.F. en el país de residencia: 2R
Fecha de nacimiento: 1953
Lugar de nacimiento: Ciudad: REUS
Código País: ES
Residencia fiscal: Código País: 1 DM

Dirección en el país de residencia
Domicilio: HECTOR INCHAUSTEGUI, 19 APART.10-A
Datos complementarios del domicilio:
Correo electrónico:
Código Postal: 10127
Población/Ciudad: PIANTINI
Provincia/Region/Estado: REPUBLICA DOMINICANA
País: COMINICA
Código País: DM
Teléf. fijo:
Teléf. móvil:
N.º de FAX:

**Representante del contribuyente o domiciliatario. Fecha de otorgamiento de las facultades de representación ante el registro de apoderamientos**

N.I.F.: 39843B89T
Apellidos y nombre, razón social o denominación: F  MONNE BARCELO JOSEP MARIA
Representante: Legal X  Voluntario
Domicilio:
Tipo de Vía: CALLE
Nombre de la Vía Pública: CASTELLVELL, 7
Tipo de numeración NUM
Número de casa: 00007
Calificador del número:
Bloque:
Portal:
Escalera:
Planta:
Puerta:
Datos complementarios del domicilio:
Localidad / Población (si es distinta del municipio):
Código Postal: 43202
Nombre del Municipio: REUS
Provincia: TARRAGONA
Teléf. fijo:
Teléf. móvil:
N.º de FAX:

**Pagador / Retenedor / Emisor / Adquirente / Enajenante**

N.I.F.: 0087-0801081022524518  26  8600  00250837265823-3  39834322R
08.01.18  ING  6,86  EUR  ES75 0081 0087 5900 0134 663

**Ubicación del inmueble urbano (en el caso de rendimientos / imputaciones de renta inmobiliaria)**

Tipo de Vía: PLACA
Nombre de la Vía Pública: ALMOSTER
Tipo de numeración NUM
Número de casa: 00001
Calificador del número:
Bloque:
Portal:
Escalera: B
Planta: 1
Puerta: 25
Datos complementarios del domicilio:
Localidad/Población (si es distinta del municipio):
Código Postal: 43202
Nombre del Municipio: REUS
Provincia: TARRAGONA
Referencia catastral: 0988201CF4508H0101HM

**Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible: 4  28,57

210 R Rendimientos
Rendimientos íntegros: 5
Exención aplicable a dividendos (límite anual 1.500 euros): 6
Gastos deducibles: 7
Base imponible (5)–(6)–(7): 8

210 H Rentas derivadas de transmisiones de bienes inmuebles:
C/B  Cuota a repercutir (%):  Contribuyente  Cónyuge
P.U.  Apellidos y nombre

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible: 18

Valor de transmisión: 9
Valor de adquisición: 10
Diferencia: 11
Ganancia: 12
Base imponible (12)+(18): 
Fecha de adquisición:
Número de justificante del modelo 211:
Adquirido antes o a partir de 2ª adquisición: 13 / 14 / 15 / 16 / 17
Fecha de mejora o 2ª adquisición:

**Liquidación**

Exenciones:
Ley 35/06, excepto dividendos (límite anual 1.500 euros): 19
Convenio: 20

Tipo de gravamen Ley IRNR (%): 21  24,00
Cuota íntegra: 22  6,86
Deducción por donativos: 23
Cuota Ley 35/06 (22)–(23): 24  6,86
Porcentaje Convenio (%): 25
Límite Convenio: 26
Reducción por Convenio (24)–(26): 27
Cuota íntegra reducida (24)–(27): 28  6,86
Retenciones/Ingresos a cuenta: 29
Ingreso/Devolución anterior: 30
Resultado de la autoliquidación (28)–(29)–(30): 31  6,86

**Fecha y firma**
Fecha:
Firma:
Fdo: D/D.ª

Ejemplar para el contribuyente/representante

3

MINISTERIO DE ECONOMÍA Y HACIENDA

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

### Identificación y devengo

| | |
|---|---|
| NIF | |
| Apellidos y nombre, razón social o denominación GOMIS RABASSA JUAN RAMON | GOMS |

Número de justificante: 2508344233726

| Agrupación: | Período/Año | Fecha de devengo |
|---|---|---|
| | 0A   2017 | 31/12/2017 |

### Resultado de la autoliquidación

Resultado de la autoliquidación................................................... | 31 | 12,23

### Ingreso

Importe (casilla [31]): | I | 12,23

**A través de entidad colaboradora sita en España**

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

☐ En efectivo    ☒ E.C. adeudo en cuenta

Número de cuenta en España (IBAN)

E S | 75 | 0081 | 0087 | 5900 | 0134 | 6639

C.C.C.

**A través de entidad financiera en el extranjero**

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: | ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:

**U. Europea**

N.I.F. | | Apellidos y nombre, razón social o denominación:

| | Número de cuenta (IBAN) | | | SWIFT-BIC |

**Resto países**

SWIFT-BIC | | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | | País/Country | | Código País/Country code

### Devolución

Importe (Casilla [31]): | D | | Renuncia a la devolución, a favor del Tesoro Público ☐

**Mediante transferencia a cuenta bancaria abierta en España**

Titular de la cuenta:
N.I.F. | | Apellidos y nombre, razón social o denominación:

| | Número de cuenta en España (IBAN) |
| E S | | C.C.C. |

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:

**U. Europea**

N.I.F. | | Apellidos y nombre, razón social o denominación:

| | Número de cuenta (IBAN) | | | SWIFT-BIC |

**Resto países**

SWIFT-BIC | | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | | País/Country | | Código País/Country code

### Cuota cero

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO ☐

### Firma

| Fecha: | |
| Firma: | Firma: |

| Fdo: D/Dª | Fdo: D/Dª |

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2508344233726

### Identificación del contribuyente y devengo

NIF: 22R
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

En su condición de:
| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Retenedor sólo para solicitud de devolución |
|---|---|---|---|---|---|
| S X | R | P | D. | G | T |

Devengo
| Agrupación | Período/Mto | | Tipo renta | Clave de guota |
|---|---|---|---|---|
| 0A | 2017 | | 2 02 | 3 954 |

Fecha de devengo: 31/12/2017

### Sub-contribuyente
N.I.F.: 22R F
GOMIS RABASSA JUAN RAMON

| N.I.F. en el país de residencia | Fecha de nacimiento | Lugar de nacimiento: Ciudad | | Código País | Residencia fiscal Código país |
|---|---|---|---|---|---|
| R | 1953 | REUS | | ES | DM |

(49) Domicilio: HECTOR INCHAUSTEGUI, 19 APART.10-A
(50) Datos complementarios del domicilio:
(51) Código Postal: 10127
(61) Población/Ciudad: PIANTINI
(54) Provincia/Región/Estado: REPUBLICA DOMINICANA
(52) Correo electrónico:
(53) Intér. móvil:
(68) País: DOMINICA
(66) Código País: DM
(67) Teléf. fijo:
(69) N.º de FAX

### Representante
N.I.F.: 89T F
MONNE BARCELO JOSEP MARIA

Representante: Legal X / Voluntario

| (31) Tipo de Vía CALLE | (32) Nombre de la Vía Pública CASTELLVELL, 7 | | | | |
|---|---|---|---|---|---|
| (33) Tipo de numeración NUM | (34) Número de casa 00007 | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | (39) Planta | (40) Puerta |
| (41) Datos complementarios del domicilio: | | | (42) Localidad / Población (si es distinta del municipio) | | |
| (43) Código Postal 43202 | (44) Nombre del Municipio REUS | | | | |
| (45) Provincia TARRAGONA | (46) Teléf. fijo | (47) Teléf. móvil | (48) N.º de FAX | | |

### Pagador/Retenedor/Emisor/Adquirente del inmueble
N.I.F.: 0087-0801087029334518 - 210 8600 00250834423372-6 39834322R
08.01.18 - ING. 12,23 EUR ES75 0081 0087 5900 0134 663

### Situación del inmueble
| (31) Tipo de Vía CTRA | (32) Nombre de la Vía Pública AG.ERISTE | | | | |
|---|---|---|---|---|---|
| (33) Tipo de numeración NUM | (34) Número de casa 00001 | (35) Calificador del número | (35) Bloque | (37) Portal | (38) Escalera 1 | (38) Planta -1 | (40) Puerta 56 |
| (41) Datos complementarios del domicilio: | | | (42) Localidad/Población (si es distinta del municipio) | | |
| (43) Código Postal 22468 | (44) Nombre del Municipio SAHUN | | | | |
| (45) Provincia HUESCA | | (50) Referencia catastral 2761301BH9148S0200TX | | | |

### Determinación de la base imponible

**210 I Renta inmobiliaria imputada**
Base imponible [4] 50,94

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
Cuota participación (%): Contribuyente / Cónyuge
Cónyuge N.I.F.:
Apellidos y nombre:

**210 R Rendimientos**
| | | Adquisición | Mitra o 2° adquisición |
|---|---|---|---|
| Rendimientos íntegros [5] | Valor de transmisión [9] | | [13] |
| Exención aplicada dividendos (límite anual 1.500 euros) [6] | Valor de adquisición [10] | | [14] |
| Gastos deducibles [7] | Diferencia [11] | | [15] |
| Base imponible ([5]-[6]-[7]) [8] | Ganancia [12] | | [16] |
| | Base imponible ([12]+[16]) [17] | | |

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible [18]
Fecha de adquisición:
Fecha de entrada o 2ª adquisición:
Número de justificante del modelo 211

### Liquidación

Exenciones:
- Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
- Convenio [20]

| Tipo de gravamen Ley IRNR (%) [21] | 24,00 | Reducción por Convenio ([24]-[26]) [27] | |
|---|---|---|---|
| Cuota íntegra [22] | 12,23 | Cuota íntegra reducida ([24]-[27]) [28] | 12,23 |
| Deducción por donativos [23] | | Retenciones/Ingresos a cuenta [29] | |
| Cuota Ley IRNR ([22]-[23]) [24] | 12,23 | Ingreso/Devolución anterior [30] | |
| Porcentaje Convenio (%) [25] | | Resultado de la autoliquidación ([28]-[29]+[30]) [31] | 12,23 |
| Límite Convenio [26] | | (*) exclusivamente en caso de autoliquidación complementaria | |

### Fecha y firma
Fecha:
Firma:
Fdo: D/D°

Fecha:
Firma:
Fdo: D/D°

### Autoliquidación complementaria
N.º de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

Modelo
**210**

Número de justificante: 2508375359052

**Relación con el inmueble y situación del mismo**

NIF

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JUAN RAMON   GOMS

**Devengo**

| Agrupación | Periodo/Año | Fecha de devengo |
|---|---|---|
|  | 0A  2017 | 31/12/2017 |

**Resultado de la autoliquidación**

Resultado de la autoliquidación...................................................................... [31] 45,99

**A ingresar**

Importe (casilla [31]): [ ] 45,99

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:

En efectivo   [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)

E S 75  0081  0087  5900  0134  6639

C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:  ES87900000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:

N.I.F.     Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)     SWIFT-BIC

SWIFT-BIC     Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City     País/Country     Código País/Country code

**Devolución**

Importe (Casilla [31]): [D]     Renuncia a la devolución, a favor del Tesoro Público [ ]

Titular de la cuenta:
N.I.F.     Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)

E S

C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.     Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)     SWIFT-BIC

SWIFT-BIC     Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City     País/Country     Código País/Country code

**Si la autoliquidación es cuota cero**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.     CUOTA CERO [ ]

**Fecha y firma**

Fecha
Firma:     Firma:

Fdo: D/Dª     Fdo: D/Dª

MINISTERIO DE ECONOMÍA Y HACIENDA

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no residentes
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 2508375359052

| Razón social o denominación | GOMIS RABASSA JUAN RAMON |
| --- | --- |

En su condición de: | Contribuyente S X | Responsable solidario R | Pagador P | Depositario D | Gestor G | Representante del establecimiento permanente/Representante del contribuyente no residente (art. 10 de la Ley del Impuesto) T |

**Devengo**
Agrupación | Período/Año 0A 2017
Fecha de devengo 31/12/2017

Tipo renta 7 | Clave de divisa 02 | 3 954

**Contribuyente**
N.I.F. 22R | F/J F | Apellidos y nombre, razón social o denominación GOMIS RABASSA JUAN RAMON
N.I.F. en el país de residencia 22R | Fecha de nacimiento 1953 | Lugar de nacimiento Ciudad REUS | Código País ES | Residencia fiscal Código País DM
(49) Domicilio HECTOR INCHAUSTEGUI, 19 APART.10-A
(50) Datos complementarios del domicilio | (51) Población/Ciudad PIANTINI
(52) Correo electrónico | (53) Código Postal 10127 | (54) Provincia/Región/Estado REPUBLICA DOMINICANA
(55) País DOMINICA | (56) Código País DM | (57) Teléf. fijo | (58) Teléf. móvil | (59) N.º de FAX

**Representante del contribuyente y/o del responsable solidario (art. 10 de la Ley del Impuesto)**
N.I.F. 39843889T | F/J F | Apellidos y nombre, razón social o denominación MONNE BARCELO JOSEP MARIA | Representado: Legal / Voluntario LX
(31) Tipo de Vía CALLE | (32) Nombre de la Vía Pública CASTELLVELL 7
(33) Tipo de numeración NUM | (34) Número de casa 00007 | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera | (39) Planta | (40) Puerta
(41) Datos complementarios del domicilio | (42) Localidad / Población (si es distinta del municipio)
(43) Código Postal 43202 | (44) Nombre del Municipio REUS
(45) Provincia TARRAGONA | (46) Teléf. fijo | (47) Teléf. móvil | (48) N.º de FAX

**Identificación de la cuenta para la devolución y del titular de la misma**
N.I.F. 0087-080108102***SIS 210 8600 00250837535905-2 39834322R
08.01.18 ING. 45,99 EUR ES75 0081 0087 5900 0134 6639

**Situación del inmueble (sólo en el caso de rentas del artículo 24.6 de la Ley del Impuesto)**
(31) Tipo de Vía PLAÇA | (32) Nombre de la Vía Pública ALMOSTER
(33) Tipo de numeración NUM | (34) Número de casa 00001 | (35) Calificador del número | (36) Bloque | (37) Portal | (38) Escalera 5 | (39) Planta 1 | (40) Puerta 1
(41) Datos complementarios del domicilio | (42) Localidad/Población (si es distinta del municipio)
(43) Código Postal 43202 | (44) Nombre del Municipio REUS
(45) Provincia TARRAGONA | (50) Referencia catastral 0988201CF4508H0065DB

**Determinación de la base imponible**

**210 I Renta inmobiliaria imputada**
Base imponible [4] 191,62

**210 R Rendimientos**
Rendimientos íntegros [5]
Exención aplicada dividendos (límite anual 1.500 euros) [6]
Gastos deducibles [7]
Base imponible ([5]-[6]-[7]) [8]

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
G/C | Cuota participación (%): Contribuyente __ Cónyuge __
Cónyuge N.I.F. | Apellidos y nombre
| Adquirente |
Valor de Transmisión [9] | [13]
Valor de adquisición [10] | [14]
Diferencia [11] | [15]
Ganancia [12] | [16]
Base imponible ([12] ó [16]) | [17]
Fecha de adquisición | Fecha de mejora o 2.ª adquisición

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible [18]
Número de justificante del modelo 211

**Liquidación**
Exenciones:
* Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
* Convenio [20]

Tipo de gravamen Ley IRNR (%) [21] 24,00
Cuota íntegra [22] 45,99
Deducción por donativos [23]
Cuota Ley IRNR ([22]-[23]) [24] 45,99
Porcentaje Convenio (%) [25]
Límite Convenio [26]

Reducción por Convenio ([24]-[26]) [27]
Cuota íntegra reducida ([24]-[27]) [28] 45,99
Retenciones/Ingresos a cuenta [29]
Ingreso/Devolución anterior (*) [30]
Resultado de la autoliquidación ([28]-[29]+[30]) [31] 45,99
(*) exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha
Firma:
Fdo: D/D.ª
Firma
Fdo: D/D.ª

**Autoliquidación complementaria**
N.º de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
AUTOLIQUIDACIÓN INGRESO O DEVOLUCIÓN

Modelo
**210**

Número de justificante: 2508335301893

GOMS

Apellidos y nombre, razón social o denominación  GOMIS RABASSA JUAN RAMON

| Agrupación: | Período/Año | Fecha de devengo |
| | 0A  2017 | 31/12/2017 |

**Resultado de la autoliquidación**

Resultado de la autoliquidación...................................................  | 31 | 51,91 |

**Ingreso**

Importe (casilla [31]):  | I | 51,91 |

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

En efectivo  [X] E.C. adeudo en cuenta   Número de cuenta en España (IBAN)

E S 75 | 0081 | 0087 | 5900 | 0134 | 6630
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:   ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:

N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del banco/Address of the bank

Ciudad/City   País/Country   Código País/Country code

**Devolución**

Importe (Casilla [31]):  | D |   Renuncia a la devolución, a favor del Tesoro Público  [ ]

Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

E S |   | Número de cuenta en España (IBAN)
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del banco/Address of the bank

Ciudad/City   País/Country   Código País/Country code

**Cuota cero**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO  [ ]

**Firma**

Fecha:
Firma:   Firma:

Fdo: D/Dª   Fdo: D/Dª

Ejemplar para el contribuyente/representante

4



Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes

Modelo
**210**

Número de justificante: 25063231446973

NIF

GOMS

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

Agrupación:
Periodo/Año: 0A 2017
Fecha de devengo: 31/12/2017

Resultado de la autoliquidación..................................................... 31 | 190,75

Importe (casilla [31]): | | 190,75

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:

En efectivo | X | E.C. adeudo en cuenta

Número de cuenta en España (IBAN):
E S | 75 | 0081 | 0087 | 5900 | 0134 | 6839
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº | ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta y ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

Importe (Casilla [31]): | D | Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN):
E S | | | C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | CUOTA CERO | |

Fecha
Firma:

Firma:

Fdo.: D./Dª | Fdo.: D./Dª

Ejemplar para el contribuyente/representante

4



Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

Modelo
**210**

Número de Justificante: 2508323446973

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

En su condición de:
Contribuyente: S · X
Representante del contribuyente: R
Pagador: P
Depositario: D
Emisor: G
Tipo renta: 2 | 02
Clave de civiña: 3 | 954
Periodo/Año: 0A 2017
Fecha de devengo: 31/12/2017

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON
Fecha de nacimiento: 1953
Lugar de nacimiento: REUS
Código País: ES
Residencia fiscal Código País: 1 DM

Domicilio: HECTOR INCHAUSTEGUI, 19 APART.10-A
Correo electrónico: Código Postal 10127
Población/Ciudad: PIANTINI
Provincia/Región/Estado: REPUBLICA DOMINICANA
País: DOMINICA  Código País DM  Teléf. móvil

Apellidos y nombre, razón social o denominación: MONNE BARCELO JOSEP MARIA
Tipo de Vía: CALLE  Nombre de la Vía Pública: CASTELLVELL, 7
Tipo de numeración NUM  Número de casa 00007
Código Postal 43202  Provincia TARRAGONA  Nombre del Municipio REUS

N.I.F. 0087-080108-028464518 -210-  8600  00250832344697-3  398343228.
08.01.18  ING.  190,75  EUR  ES75 0081 0087 5900 0134 663'

Tipo de Vía: CTRA  Nombre de la Vía Pública: AG.ERISTE
Tipo de numeración NUM  Número de casa 00001  Bloque  Portal  Escalera  Planta 19  Puerta B
Código Postal 22468  Nombre del Municipio SAHUN
Referencia catastral 2761301BH9148S0057KS

**210 I Renta Inmobiliaria Imputada**
Base Imponible: 4 | 794,80

**210 R Rendimientos**
Rendimiento íntegro: 5
Exención aplicable dividendos: 6
Gastos deducibles: 7
Base Imponible I(5)-(6)-(7)I: 8

**210 G Ganancias patrimoniales** (excepto bienes inmuebles): 18

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
Cuota participación (%): Contribuyente  Cónyuge
Valor de transmisión: 9
Valor de adquisición: 10
Diferencia: 11
Ganancia: 12
Base Imponible (12) = (16): 17

Tipo de gravamen Ley IRNR (%): 21 | 24,00
Cuota íntegra: 22 | 190,75
Deducción por donativos: 23
Cuota Ley IRNR (22)-(23): 24 | 190,75
Porcentaje Convenio (%): 25
Límite Convenio: 26
Reducción por Convenio (24)-(26): 27
Cuota íntegra reducida (24)-(27): 28 | 190,75
Retenciones/ingresos a cuenta: 29
Ingreso/Devolución anterior: 30
Resultado de la autoliquidación 28-(29) + (30): 31 | 190,75

Exenciones:
Ley IRNR excepto dividendos límite anual 1.500 euros: 19
Convenio: 20

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo **210**

Número de justificante: 2508301198390

**Persona que realiza la autoliquidación**

NIF

Apellidos y nombre, razón social o denominación GOMIS RABASSA JUAN RAMON

GOMIS

Agrupación | Período/Año 0A 2017 | Fecha de devengo 31/12/2017

**Resultado de la autoliquidación**

Resultado de la autoliquidación........................................................... 31 | 241,82

**Ingreso**

Importe (casilla (31)): I 241,82

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago: En efectivo [ ]  X E.C. adeudo en cuenta

Número de cuenta en España (IBAN)  E S 75 0081 0087 5900 0134 8639  C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:  ES879000000120027000 2107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.      Apellidos y nombre, razón social o denominación

Número de cuenta IBAN            SWIFT-BIC

SWIFT-BIC

Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City        País/Country        Código País/Country code

**Devolución**

Importe (Casilla (31)): D          Renuncia a la devolución, a favor del Tesoro Público [ ]

Titular de la cuenta:
N.I.F.      Apellidos y nombre, razón social o denominación

E S          Número de cuenta en España (IBAN)     C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.      Apellidos y nombre, razón social o denominación

Número de cuenta IBAN            SWIFT-BIC

SWIFT-BIC

Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City        País/Country        Código País/Country code

**Cuota cero**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.      CUOTA CERO [ ]

**Fecha y firma**

Fecha
Firma        Firma:

Fdo. D/Dª        Fdo. D/Dª

**Agencia Tributaria**
Teléfono: 901 33 56 33
www.agenciatributaria.es

MINISTERIO
DE ECONOMÍA Y
HACIENDA

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

---

Número de justificante: 2508301198690

GOMIS RABASSA JUAN RAMON

En su condición de:

| Certificante | Responsable solidario | Pagador | Depositario | Gestor |
|---|---|---|---|---|
| S X | R | P | D | T |

Representante legal autorizado con solicitud de devolución

| Año |
|---|
| 22R |

**Devengo**
Agrupación  Periodo/Año
0A    2017
Fecha de devengo
31/12/2017

**Renta obtenida**
Tipo renta: 2 02
Clave de divisa: 3 954

## Contribuyente

N.I.F. ____R   F./I. F   Apellidos y nombre, razón social o denominación
GOMIS RABASSA JUAN RAMON

N.I.F. en el país de residencia: ____2R   Fecha de nacimiento: 1953   Lugar de nacimiento/Ciudad: REUS   Código País: ES   Residencia fiscal Código País: I DM

Dirección en el país de residencia

(50) Domicilio HECTOR INCHAUSTEGUI, 19 APART.10-A
(51) Datos complementarios del domicilio
(61) Población/Ciudad PIANTINI
(52) Correo electrónico
(53) Código Postal 10127
(54) Provincia/Región/Estado REPUBLICA DOMINICANA
(55) País DOMINICA
(56) Código País DM
(57) Teléf. fijo
(58) Teléf. móvil
(69) N.º de FAX

## Representante del Contribuyente o, en su caso, domicilio a efectos de notificaciones en territorio español

N.I.F. ____9T   F./I. F   Apellidos y nombre, razón social o denominación
MONNE BARCELO JOSEP MARIA

Representante legal/voluntario  X

(31) Tipo de Vía CALLE   (32) Nombre de la Vía Pública CASTELLVELL, 7
(33) Tipo de numeración NUM   (34) Número de casa 00007   (35) Calificador del número   (36) Bloque   (37) Portal   (38) Escalera   (39) Planta   (40) Puerta
(41) Datos complementarios del domicilio   (42) Localidad/Población (si es distinta del municipio)
(43) Código Postal 43202   (44) Nombre del Municipio REUS
(45) Provincia TARRAGONA   (46) Teléf. fijo   (47) Teléf. móvil   (48) N.º de FAX

## Pagador/Retenedor/Emisor/Adquirente del inmueble

N.I.F. ____0087-080108102628451B-210   Referencia de numeración 8600   00250830119869-0   39834322R
08.01.18   ING   241,82   EUR   ES75 0081 0087 5900 0134 663?

## Situación del inmueble (sólo para rentas inmobiliarias y ganancias derivadas de su transmisión)

(51) Tipo de Vía CALLE   (52) Nombre de la Vía Pública EQUADOR
(53) Tipo de numeración NUM   (54) Número de casa 00055   (55) Calificador del número   (56) Bloque   (57) Portal   (58) Escalera B   (59) Planta 3   (60) Puerta 3
(41) Datos complementarios del domicilio   (42) Localidad/Población (si es distinta del municipio)
(43) Código Postal 08029   (44) Nombre del Municipio BARCELONA
(45) Provincia BARCELONA   (50) Referencia catastral 8022802DF2882A0217QW

## Determinación de la base imponible

210 I Renta inmobiliaria imputada
Base imponible [6] 1.007,58

210 R Rendimientos
Rendimientos íntegros [5]
Exención aplicada dividendos (límite anual 1.500 euros) [6]
Gastos deducibles [7]
Base imponible ([5]-[6]-[7]) [8]

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%): Contribuyente / Cónyuge
C/O
Cónyuge
N.I.F.   Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de la enajenación | [9] | [13] |
| Valor de adquisición | [10] | [14] |
| Diferencia | [11] | [15] |
| Ganancia | [12] | [16] |
| | | [17] |

Base imponible ([12] + [16])
Fecha de adquisición
Fecha de mejora o 2ª adquisición

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible [18]
Número de justificante del modelo 211

## Liquidación

Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
Convenio [20]

Tipo de gravamen Ley IRNR (%) [21] 24,00
Cuota íntegra [22] 241,82
Deducción por donativos [23]
Cuota Ley IRNR ([22]-[23]) [24] 241,82
Porcentaje Convenio (%) [25]
Límite Convenio [26]

Reducción por Convenio ([24]-[26]) [27]
Cuota íntegra reducida ([24]-[27]) [28] 241,82
Retenciones/Ingresos a cuenta [29]
Ingreso/Devolución anterior (*) [30]
Resultado de la autoliquidación ([28]-[29]-[30]) [31] 241,82
(*) exclusivamente en caso de autoliquidación complementaria

## Fecha y firma

Fecha
Firma:
Fdo. D/D.ª

Firma:
Fdo. D/D.ª

## Autoliquidación complementaria

N.º de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**MINISTERIO DE ECONOMÍA Y HACIENDA**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

**Modelo 210**

## Persona que realiza la autoliquidación

NIF

GOMS

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

Número de justificante: 2508370903604

**Devengo**

| Agrupación | Periodo/Año | Fecha de devengo |
|---|---|---|
| | 0A  2017 | 01/12/2017 |

## Resultado de la autoliquidación

Resultado de la autoliquidación................................................. 31 | 22.286,51

## Ingreso

Importe (casilla [31]): | | 22.286,51

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:

En efectivo   [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S 75 | 0081 | 0087 | 5900 | 0134 | 6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.                Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)               SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City          País/Country          Código País/Country code

## Devolución

Importe (Casilla [31]): [ D ]          Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F.               Apellidos y nombre o razón social o denominación:

Número de cuenta en España (IBAN)
E S
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.               Apellidos y nombre, razón social o denominación:

Número de cuenta/IBAN          SWIFT-BIC

SWIFT-BIC          Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City          País/Country          Código País/Country code

## Cuota cero / Resultado cero

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.          CUOTA CERO [ ]

## Fecha y firma

Fecha:
Firma:

27 DIC. 2017

Firma:

Fdo: D/Dª          Fdo: D/Dª

Ejemplar para el contribuyente/representante          4

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo
**210**

Número de justificante: 2506370903604

| En su condición de: | | | | | | Número de justificante: 2506370903604 |

**Obligado tributario**

NIF: 22R
Apellidos y nombre, razón social o denominación
GOMIS RABASSA JUAN RAMON

En su condición de:
- Contribuyente — S X
- Representante del contribuyente — R
- Responsable solidario — Pagador P / Depositario D
- Retenedor sujeto a solicitar la devolución — Medio G / Retenedor T

**Devengo**
Agrupación: 0A
Período/Año: 2017
Fecha de devengo: 01/12/2017
Tipo renta: 2 28
Clave de divisa: 3 954

**Contribuyente**
N.I.F.: 22R / F
Apellidos y nombre, razón social o denominación
GOMIS RABASSA JUAN RAMON

N.I.F. en el país de residencia: 22R
Fecha de nacimiento: 1953
Lugar de nacimiento Ciudad: REUS
Código País: ES
Residencia fiscal Código País: DO

Dirección en el país de residencia
Domicilio: HECTOR INHAUSTEGUI, 19 APART.10-A
Datos complementarios del domicilio
Correo electrónico
Código Postal: 10127
Población/Ciudad: PIANTINI
Provincia/Región/Estado: REPUBLICA DOMINICANA
País: DOMINICA
Código país: DM
Teléf. fijo
Teléf. móvil
Nº de FAX

**Representante del contribuyente o, en su caso, domicilio a efectos de notificaciones en territorio español**
N.I.F.: 90T / F
Apellidos y nombre, razón social o denominación
MONNE BARCELO JOSEP MARIA
Representante Legal Voluntario: X

Tipo de vía: CALLE
Nombre de la Vía Pública: CASTELLVELL
Número de casa: 00007
Calificador del número
Bloque
Portal
Escalera
Planta
Puerta
Datos complementarios del domicilio
Localidad / Población (si es distinta del municipio): REUS
Código Postal: 43202
Provincia: TARRAGONA
Nombre del Municipio: REUS
Teléf. fijo: 977331214
Teléf. móvil
Nº de FAX: 977331985

**Pagador / Retenedor / Emisor / Adquirente del inmueble**
N.I.F.: 0087-0712271031234518    ...210...8600    00250837090360-4    39834322R
4638911V2.17    JAUREGUI ANZUELA JAVIER 286,51    EUR    ES75 0081 0087 5900 0134 6639

**Situación del inmueble (cumplimentar sólo en el caso de rentas de bienes inmuebles)**
Tipo de vía: CALLE
Nombre de la Vía Pública: ECUADOR
Número de casa: 00055
Calificador del número
Bloque
Portal
Escalera
Planta
Puerta
Datos complementarios del domicilio
Localidad/Población (si es distinta del municipio): BARCELONA
Código Postal: 08029
Nombre del Municipio: BARCELONA
Provincia: BARCELONA
Referencia catastral: 8022802DF2882A0217QW

**Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible ... [1]

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%): Contribuyente 100,00 Cónyuge
Cónyuge
N.I.F.     Apellidos y nombre

210 R Rendimientos
| | | | Adquisición | Mejora a 2ª adquisición |
|---|---|---|---|---|
| Rendimientos íntegros | [5] | Valor de transmisión | [9] 370.353,80 | [13] |
| Exención aplicada dividendos (límite anual 1.500 euros) | [6] | Valor de adquisición | [10] 190.214,27 | [14] |
| Gastos deducibles | [7] | Diferencia | [11] 180.139,53 | [15] |
| Base imponible ([5]-[6]-[7]) | [8] | Ganancia | [12] 180.139,53 | [16] |
| | | Base imponible (12) + (16) | | [17] 180.139,53 |

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible ... [18]
Fecha de adquisición: 04/11/1996
Fecha de mejora o 2ª adquisición
Número de justificante del modelo 211: 251832019602

**Cálculo del tipo de gravamen**
Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
Convenio [20]
Tipo de gravamen Ley IRNR (%) ... [21] 19,00
Cuota íntegra ... [22] 34.226,51
Deducción por donativos ... [23]
Cuota Ley IRNR (22)-(23) ... [24] 34.226,51
Porcentaje Convenio (%) ... [25]
Límite Convenio ... [26]
Reducción por Convenio (24)-(26) ... [27]
Cuota íntegra reducida (24)-(27) ... [28] 34.226,51
Retenciones/Ingresos a cuenta ... [29] 11.940,00
Ingreso/Devolución anterior (*) ... [30]
Resultado de la autoliquidación (28)-(29)+(30) ... [31] 22.286,51
(*) exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha
Firma
Fdo. D/Dª

**Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
**No residentes sin establecimiento permanente**
**DOCUMENTO DE INGRESO O DEVOLUCIÓN**

Modelo **210**

**Persona que realiza la autoliquidación**

GOMS

Número de justificante: 2508340749451

Apellidos y nombre, razón social o denominación GOMIS RABASSA JUAN RAMON

**Devengo**

| Agrupación | Período/Año | Fecha de devengo |
|---|---|---|
| | 0A  2017 | 01/12/2017 |

**Resultado de la autoliquidación**

Resultado de la autoliquidación............................................................................... [31] 1.163,81

**Ingreso**

Importe (casilla [31]): [ ] 1.163,81

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.

Forma de pago:   En efectivo   [X] E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
E S 75   0081   0087   5900   0134   6639
C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:   E S 879 0000 0012 0027 0002 107

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the Bank

Dirección del Banco/Adress of the Bank

Ciudad/City   País/Country   Código País/Country code

**Devolución**

Importe (Casilla [31]): [ D ]   Renuncia a la devolución, a favor del Tesoro Público [ ]

Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)
E S
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación

Número de cuenta (IBAN)   SWIFT-BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   País/Country   Código País/Country code

**Cuota cero**
Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO [ ]

**Fecha y firma**
Fecha
Firma:

Firma

Fdo: D/Dª   Fdo: D/Dª

| Agencia Tributaria | Impuesto sobre la Renta de no Residentes | Modelo |
|---|---|---|
| MINISTERIO DE ECONOMÍA Y HACIENDA / Teléfono: 901 33 55 33 / www.agenciatributaria.es | No Residentes sin establecimiento permanente | **210** |

**Número de justificante:** 2508340749451

**Devengo**

NIF: 22R · razón social o denominación GOMIS RABASSA JUAN RAMON

En su condición de:

| Contribuyente | Representante del contribuyente | Pagador | Depositario | Gestor | Intermedir (sólo para autoliquidaciones con solicitud de devolución) |
|---|---|---|---|---|---|
| S X | R | P | D | G | T |

Agrupación: OA · Período/Año 2017
Fecha de devengo 01/12/2017

Tipo renta 2 28 · Clave de divisa 3 954

**Contribuyente**

N.I.F.: 22R · F/J F · Apellidos y nombre, razón social o denominación GOMIS RABASSA JUAN RAMON

N.I.F. en el país de residencia: 2R · Fecha de nacimiento: 1953 · Lugar de nacimiento / Ciudad: REUS · Código País ES · Residencia fiscal Código País: I DO

Dirección en el país de residencia:

(35) Domicilio HECTOR INHAUSTEGUI, 19 APART.10-A
(36) Datos complementarios del domicilio
(31) Población/Ciudad PIANTINI
(37) Correo electrónico · Código Postal 10127 · (34) Provincia/Región/Estado REPUBLICA DOMINICANA
(38) País DOMINICA · (39) Código País DM · (37) Teléf. fijo · (40) Teléf. móvil · (48) N.º de FAX

**Representante del contribuyente**

N.I.F.: 9T · F/J F · Apellidos y nombre, razón social o denominación MONNE BARCELO JOSEP MARIA · Representante: Legal X / Voluntario

(31) Tipo de Vía CALLE · (32) Nombre de la Vía Pública CASTELLVELL
(33) Tipo de numeración NUM · (34) Número de casa 00007 · (35) Calificador del número · (36) Bloque · (37) Portal · (38) Escalera · (39) Planta · (40) Puerta
(41) Datos complementarios del domicilio
(43) Código Postal 43202 · (44) Nombre del Municipio REUS · (45) Provincia TARRAGONA · (46) Teléf. fijo 977331214 · (47) Teléf. móvil · (48) N.º de FAX 977331985

**Pagador/Retenedor/Emisor/Adquirente del inmueble**

N.I.F.: 0087-071227 K030124513 210 8600 00250834074945-1 39834322R
46938111FV 17 ING JAUREGUI ANZUELA JAVIER 163,81 EUR ES75 0081 0087 5900 0134 6639

**Situación del inmueble (sólo rentas de inmuebles) o Emisor**

(31) Tipo de Vía CALLE · (32) Nombre de la Vía Pública EQUADOR
(33) Tipo de numeración NUM · (34) Número de casa 00055 · (35) Calificador del número · (36) Bloque · (37) Portal · (38) Escalera · (39) Planta · (40) Puerta
(41) Datos complementarios del domicilio
(42) Localidad/Población (bien distinta del municipio) BARCELONA
(43) Código Postal 08029 · (45) Nombre del Municipio BARCELONA · (45) Provincia BARCELONA · (60) Referencia catastral 8022802DF2882A0057MQ

**Determinación de la base imponible**

210 I Renta inmobiliaria imputada
Base imponible [4]

210 H Rentas derivadas de transmisiones de bienes inmuebles
Cuota participación (%): Contribuyente 100,00 / Cónyuge
C/O O
N.I.F. · Apellidos y nombre

210 R Rendimientos
Rendimientos íntegros [5]
Exención aplicada dividendos (límite anual 1.500 euros) [6]
Gastos deducibles [7]
Base imponible ([5]-[6]-[7]) [8]

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión [9] | 18.419,11 | [13] |
| Valor de adquisición [10] | 9.135,91 | [14] |
| Diferencia [11] | 9.283,20 | [15] |
| Ganancia [12] | 9.283,20 | [16] |
| Base imponible ([12]= [16]) | | [17] 9.283,20 |

210 G Ganancias patrimoniales (excepto bienes inmuebles)
Base imponible [18]

Fecha de adquisición 04/11/1996
Número de justificante del modelo 2 ZF 2518333481203
Fecha de mejora o 2ª adquisición

**Liquidación**

Exenciones:
Ley IRNR, excepto dividendos (Renta anual 1.500 euros) [19]
Convenio [20]

| | | | | |
|---|---|---|---|---|
| Tipo de gravamen Ley IRNR (%) [21] | 19,00 | Reducción por Convenio ([24] - [29]) [27] | |
| Cuota íntegra [22] | 1.763,81 | Cuota íntegra reducida ([24] - [27]) [28] | 1.763,81 |
| Deducción por donativos [23] | | Retenciones/Ingresos a cuenta [29] | 600,00 |
| Cuota Ley IRNR ([22] - [23]) [24] | 1.763,81 | Ingreso/Devolución anterior [7] [30] | |
| Porcentaje Convenio (%) [25] | | Líquido a ingresar o a devolver ([28] -[29] +[30]) [31] | 1.163,81 |
| Límite Convenio [26] | | [7] exclusivamente en caso de autoliquidación complementaria | |

**Fecha y firma**
Fecha · Firma · Fdo: D/D.ª

Firma · Fdo: D/D.ª

**Autoliquidación complementaria**
N.º de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3



Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

Modelo
**210**

MINISTERIO DE ECONOMIA Y HACIENDA

Número de justificante: 2108372361392

GOMIS RABASSA JUAN RAMON

Aprobación   Periodo/Año   Fecha de devengo
0A   2017   09/10/2017

Resultado de la autoliquidación................................................................................. 31   -100,00

Importe (casilla [31]):

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

En efectivo   E.C. adeudo en cuenta   E S

Número de cuenta en España (IBAN)

C.C.C.

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº:   ES8790000001200270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.   Apellidos y nombre, razón social o denominación

Número de cuenta (IBAN)   SWIFT/BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   Pais/Country   Código Pais/Country code

Importe (Casilla [31]):   D   -100,00   Renuncia a la devolución, a favor del Tesoro Público

Titular de la cuenta:
N.I.F.   322R   Apellidos y nombre, razón social o denominación   GOMIS RABASSA JUAN RAMON
Número de cuenta en España (IBAN)

E S   75   0081   0087   5900   0134   6639
C.C.C.

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.   Apellidos y nombre, razón social o denominación

Número de cuenta (IBAN)   SWIFT/BIC

SWIFT-BIC   Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City   Pais/Country   Código Pais/Country code

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.   CUOTA CERO

Fecha   Firma
Firma:

Fdo. D/D'   Ido. D/D'

La autenticidad de este documento puede ser comprobada mediante el Código Seguro
de Verificación FJQPHBVMDVC98564 en https://www.agenciatributaria.gob.es

3



 **INFORMACIÓN DE LA PRESENTACIÓN DE LA DECLARACIÓN**

**MODELO** 210

**Registro**

Presentación realizada el 28-12-2017 a las 08.57.23

Expediente/Referencia (nº registro asignado):    201721034320090B

Código Seguro de Verificación: FJQPHBVMDVC98554

**Presentador**

NIF Presentador:                                     39843889T

Apellidos y Nombre / Razón social:      MONNE BARCELO JOSEP MARIA

En calidad de:                                         Colaborador

Vía de entrada: Presentación por Internet

Número de justificante: 2108372361392

DEVOLUCION

La autenticidad de este documento puede ser comprobada mediante el Código Seguro de Verificación FJQPHBVMDVC98554 en https://www.agenciatributaria.gob.es

Agencia Tributaria
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO DE ECONOMIA Y HACIENDA

**Impuesto sobre la Renta de no Residentes**
No residentes sin establecimiento permanente
DOCUMENTO DE INGRESO O DEVOLUCIÓN

Modelo
**210**

Persona que realiza la autoliquidación

Número de justificante: 2508353157694

NIF                                                        GOMS

Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

Devengo
| Agrupación: | Período/Año | Fecha de devengo |
|---|---|---|
| | 0A  2017 | 09/10/2017 |

**Resultado de la autoliquidación**

Resultado de la autoliquidación............................................................. [31] 1.516,73

**Ingreso**

Importe (casilla [31]): [ ] 1.5|1|6,73

A través de entidad colaboradora radicada en España

Ingreso efectuado a favor del Tesoro Público, Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:        Número de cuenta en España (IBAN)
En efectivo   [X] E.C. adeudo en cuenta   E S 75   0081   0087   5900   0134   6639
                                                        C.C.C.

A través de entidad financiera en el extranjero

U. Europea

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES8790000001200270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F.                    Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)                                   SWIFT-BIC

Resto países

SWIFT-BIC                Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City                          País/Country                    Código País/Country code

**Devolución**

Importe (Casilla [31]): [D]                    Renuncia a la devolución, a favor del Tesoro Público [ ]

Mediante transferencia a cuenta bancaria abierta en España

Titular de la cuenta:
N.I.F.                    Apellidos y nombre, razón social o denominación:
                                          Número de cuenta en España (IBAN)
                                          E S
                                                        C.C.C.

Mediante transferencia a cuenta bancaria abierta en el extranjero

U. Europea

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F.                    Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN)                                   SWIFT-BIC

Resto países

SWIFT-BIC                Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City                          País/Country                    Código País/Country code

**Sin ingreso ni devolución**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro.         CUOTA CERO [ ]

**Fecha y firma**

Fecha
Firma:                                   Firma:

27 DIC. 2017

Fdo: D/Dª*                               Fdo: D/Dª*

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes

Modelo **210**

Número de justificante: **8508353157694**

NIF
Apellidos y nombre, razón social o denominación   GOMIS RABASSA JUAN RAMON

En su condición de:
Contribuyente **S X** | Representante del contribuyente **R** | Pagador **P** | Depositario **D** | Gestor **G** |

Agrupación: | Período/Año **0A** | **2017**
Fecha de devengo **09/10/2017**

Tipo renta **2  26** | Clave de divisa **3  954**

**Contribuyente**

N.I.F. __2R__  F/J **F** | Apellidos y nombre, razón social o denominación   GOMIS RABASSA JUAN RAMON

N.I.F. en el país de residencia __2R__ | Fecha de nacimiento 20/04/1953 | Lugar de nacimiento: Ciudad REUS | Código País **DM** | Residencia fiscal: Código País **DM**

Dirección en el país de residencia
Domicilio HECTOR INCHAUSTEGUI, 19 APART.10-A
Datos complementarios del domicilio | | Población/Ciudad PIANTINI
Correo electrónico | Código Postal 10127 | Provincia/Región/Estado REPUBLICA DOMINICANA
País DOMINICA | Código País DM | Teléf. fijo | Teléf. móvil | N.º de FAX

**Representante**

N.I.F. __PT__  F/J **F** | Apellidos y nombre, razón social o denominación   MONNE BARCELO JOEP MARIA | Representante Legal Voluntario **X**

Tipo de Vía CALLE | Nombre de la Vía Pública CASTELLVELL
Tipo de numeración NUM | Número de casa 00007 | Calificador del número | Bloque | Portal | Escalera | Planta | Puerta
Datos complementarios del domicilio | Localidad/Población (si es distinta del municipio)
Código Postal 43202 | Nombre del Municipio REUS
Provincia TARRAGONA | Teléf. fijo 977331214 | Teléf. móvil | N.º de FAX 977331985

N.I.F. 0087-071227103231451S18  210  8600  00250835315769-4  39834322R
39834594D  17  ING GOMIS RABASSA MARIA ISABEL 6,73  EUR  ES75 0081 0087 5900 0134 6639

Tipo de Vía PLAZA | Nombre de la Vía Pública AL MOSTER
Tipo de numeración NUM | Número de casa 00001 | Calificador del número | Bloque | Portal | Escalera 5 | Planta AT | Puerta
Datos complementarios del domicilio | Localidad/Población (si es distinta del municipio) REUS
Código Postal 43203 | Nombre del Municipio REUS
Provincia TARRAGONA | Referencia catastral 0988201CF4508H0065DB

**210 I Renta inmobiliaria imputada**
Base imponible **4**

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
| | S/D **O** | Cuota participación (%): Contribuyente **100,00** | Cónyuge
N.I.F. | Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición
Valor de transmisión **9** 39.298,57 **13**
Valor de adquisición **10** 25.000,00 **14**
Diferencia **11** 14.298,57 **15**
Ganancia **12** 14.298,57 **16**
Base imponible (12) + (16): **17** 14.298,57
Fecha de adquisición 15/07/2009 | Fecha de mejora o 2ª adquisición
Número de justificante del modelo 211 251926505851

**210 R  Rendimientos**
Rendimientos íntegros **5**
Exención aplicada dividendos (límite anual 1.500 euros) **6**
Gastos deducibles **7**
Base imponible ((5)-(6)-(7)) **8**

**210 G  Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible **18**

**Liquidación**

Exenciones:
Ley IRNR, excepto dividendos límite anual 1.500 euros **19**
Convenio **20**

Tipo de gravamen Ley IRNR (%) **21** 19,00
Cuota íntegra **22** 2.716,73
Deducción por donativos **23**
Cuota Ley IRNR (22) - (23) **24** 2.716,73
Porcentaje Convenio (%) **25**
Límite Convenio **26**

Reducción por Convenio (24) - (26) **27**
Cuota íntegra reducida (24) - (27) **28** 2.716,73
Retenciones/Ingresos a cuenta **29** 1.200,00
Ingreso/Devolución anterior (*) **30**
Resultado de la autoliquidación (28) - (29) - (30) - (31) **31** 1.516,73
(*) exclusivamente en caso de autoliquidación complementaria

Fecha
Firma:
Fdo: D/D*

Firma:
Fdo: D/D*

Autoliquidación complementaria
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

# DOCUMENT SEPARATOR

**Document Seperator**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

MINISTERIO
DE HACIENDA
Y FUNCIÓN PÚBLICA

Impuesto sobre la Renta de no Residentes

No residentes sin establecimiento permanente

DOCUMENTO DE INGRESO O DEVOLUCIÓN

**Modelo 210**

Número de Justificante: 2500606005283

**Identificación**

NIF

Apellidos y nombre, razón social o denominación: GOMS
GOMIS RABASSA JUAN RAMON

Agrupación | Periodo/Año | Fecha de devengo
| 0A | 2018 | 31/12/2018

**Resultado de la autoliquidación**

Resultado de la autoliquidación...................................................................... | 31 | 12,23

**Ingreso**

Importe (casilla [31]): | I | 12,23

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:

En efectivo | X | E.C. adeudo en cuenta | ES7500810081590001346639

Número de cuenta en España (IBAN)

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES87900000011200270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

A través de entidad financiera en el extranjero / Resto países

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**Devolución**

Importe (Casilla [31]): | D | Renuncia a la devolución, a favor del Tesoro Público |

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

**Cuota cero**

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. |

**Fecha y firma**

Fecha:
Firma:

Fdo: D./Dª

Firma:

Fdo: D./Dª

Ejemplar para el contribuyente/representante

4

**MINISTERIO DE ECONOMÍA Y HACIENDA**

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

**Impuesto sobre la Renta de no Residentes**
**No residentes sin establecimiento permanente**

**Modelo 210**

Número de justificante: 2500806005283

**Declarante / representante legal / pagador**

NIF: █████2R
Apellidos, razón social o denominación: GOMIS RABASSA JUAN RAMON

En su condición de:

| Contribuyente S: X | Representante del contribuyente R | Pagador P | Depositario D | Gestor G | Retenedor (sólo para autoliquidación con solicitud de devolución) T |

**Devengo** — Agrupación: | Período/Año: 0A 2018 | Fecha de devengo: 31/12/2018

**Renta obtenida** — Tipo renta: 2 02 | Clave de divisa: 3 954

**Contribuyente**

N.I.F.: █████2R   F/J: F   Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON
N.I.F. en el país de residencia: █████R
Fecha de nacimiento: 20/04/1953   Lugar de nacimiento Ciudad: REUS   Código País: ES   Residencia fiscal Código País: 1 DO

Dirección en el país de residencia
(49) Domicilio: HECTOR INCHUASTEGUI,19 APART.10-A
(55) Datos complementarios del domicilio:
(56) Correo electrónico:   (53) Código Postal: 10127   (51) Población/Ciudad: PIANTINI
(52) País: DOMINICANA, REPUBLICA Código: DO   (57) Teléf. fijo   (58) Teléf. móvil   (54) Provincia/Región/Estado: REPUBLICA DOMINICANA   (59) N.° de FAX

**Representante del contribuyente o, en su caso, domicilio a efectos de notificaciones en territorio español**

N.I.F.: █████8T   F/J: F   Apellidos y nombre, razón social o denominación: MONNE BARCELO JOSEP MARIA   Representante: Legal X   Voluntario

(31) Tipo de Vía: CALLE   (32) Nombre de la Vía Pública: CASTELLVELL
(33) Tipo de numeración: NUM   (34) Número de casa: 00007   (35) Calificador del número:   (36) Bloque:   (37) Portal:   (38) Escalera:   (39) Planta:   (40) Puerta:
(41) Datos complementarios del domicilio:   (42) Localidad / Población (si es distinta del municipio): REUS
(43) Código Postal: 43202   (44) Nombre del Municipio: REUS   (46) Teléf. fijo   (47) Teléf. móvil   (48) N.° de FAX
(45) Provincia: TARRAGONA

**Pagador / Retenedor / Emisor / Adquirente del inmueble**

N.I.F.:   F/J:   Apellidos y nombre, razón social o denominación:

**Situación del inmueble (cuando la renta procede de bienes inmuebles)**

(31) Tipo de Vía: CTRA   (32) Nombre de la Vía Pública: AG.ERISTE
(33) Tipo de numeración: NUM   (34) Número de casa: 00001   (35) Calificador del número:   (36) Bloque:   (37) Portal:   (38) Escalera: 1   (39) Planta: -1   (40) Puerta: 56
(41) Datos complementarios del domicilio:   (42) Localidad/Población (si es distinta del municipio): SAHUN
(43) Código Postal: 22468   (44) Nombre del Municipio: SAHUN   (60) Referencia catastral:
(45) Provincia: HUESCA

**Determinación de la base imponible**

**210 I Renta inmobiliaria imputada**
Base imponible ... [4] 50,94

**210 R Rendimientos**
Rendimientos íntegros ... [5]
Exención aplicada dividendos (límite anual 1.500 euros) ... [6]
Gastos deducibles ... [7]
Base imponible ([5]-[6]-[7]) ... [8]

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible ... [18]

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
C/O   Cuota participación (%):   Contribuyente   Cónyuge
Cónyuge
N.I.F.   Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
| Valor de transmisión | [9] | [13] |
| Valor de adquisición | [10] | [14] |
| Diferencia | [11] | [15] |
| Ganancia | [12] | [16] |
| | | [17] |
Base imponible ([12] + [16]) ...
Fecha de adquisición   Fecha de mejora o 2ª adquisición
Número de justificante del modelo 211

**Liquidación**

Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros) ... [19]
Convenio ... [20]

| Tipo de gravamen Ley IRNR (%) ... | 21 | 24,00 |
| Cuota íntegra ... | 22 | 12,23 |
| Deducción por donativos ... | 23 | |
| Cuota Ley IRNR - [23] ... | 24 | 12,23 |
| Porcentaje Convenio (%) ... | 25 | |
| Límite Convenio ... | 26 | |

| Reducción por Convenio [24] - [26] ... | 27 | |
| Cuota íntegra reducida [24] - [27] ... | 28 | 12,23 |
| Retenciones/ingresos a cuenta ... | 29 | |
| Ingreso/Devolución anterior (*) ... | 30 | |
| Resultado de la autoliquidación [28]-[29]+[30] ... | 31 | 12,23 |

(*) exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha:
Firma:
Fdo: D/Dª

**Autoliquidación complementaria**
N.° de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes.
No residentes sin establecimiento permanente.

**Modelo 210**

Número de justificante: 2500609434872

NIF

GOMS

Apellidos y nombre, razón social o denominación
GOMIS RABASSA JUAN RAMON

Agrupación: 0A | Periodo/Año: 2018 | Fecha de devengo: 31/12/2018

Resultado de la autoliquidación.................................................................... 31 | 190,75

Importe (casilla [31]): | I | 190,75

Ingreso efectuado a favor del Tesoro Público. Cuenta restringida de colaboración en la recaudación de la AEAT de autoliquidaciones.
Forma de pago:
En efectivo | X | E.C. adeudo en cuenta

Número de cuenta en España (IBAN)
ES7500810087590001346639

Transferencia, a favor del Tesoro Público, a la Cuenta del Banco de España Nº: ES87900000001200270002107
Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta u ordenante:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

Importe (Casilla [31]): | D | Renuncia a la devolución, a favor del Tesoro Público |

Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta en España (IBAN)

Datos identificativos de la entidad bancaria extranjera:
Titular de la cuenta:
N.I.F. | Apellidos y nombre, razón social o denominación:

Número de cuenta (IBAN) | SWIFT-BIC

SWIFT-BIC | Número de cuenta/Account no.

Banco/Name of the bank

Dirección del Banco/Adress of the bank

Ciudad/City | País/Country | Código País/Country code

Si la autoliquidación resulta con CUOTA CERO, marque con una X este recuadro. | |

Fecha
Firma: | Firma:

Fdo: D/Dª | Fdo: D/Dª

Ejemplar para el contribuyente/representante

4



MINISTERIO DE ECONOMÍA Y HACIENDA

**Agencia Tributaria**
Teléfono: 901 33 55 33
www.agenciatributaria.es

Impuesto sobre la Renta de no Residentes
No residentes sin establecimiento permanente

Modelo **210**

Número de justificante: 250069424872

**Identificación del contribuyente y devengo**

NIF: ██████ 2R
Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

En su condición de:
Contribuyente: S X
Responsable solidario: R
Pagador: P
Representante del no residente: D
Retenedor: 0
Retenedor (sólo para autoliquidación con resultado de devolución): T

**Tipo de renta**
Agrupación: 0A   Periodo/Año: 2018
Fecha de devengo: 31/12/2018

**Renta obtenida**
Tipo renta: 2 | 02
Clave de divisa: 3 | 954

**El contribuyente**

N.I.F. | F/J: F | Apellidos y nombre, razón social o denominación: GOMIS RABASSA JUAN RAMON

N.I.F. en el país de residencia: ██████ 2R
Fecha de nacimiento: 953
Lugar de nacimiento: Ciudad: REUS
Código País: ES
Residencia fiscal: Código País: 1 | DO

Dirección en el país de residencia:
(49) HECTOR INCHAUSTEGUI,19 APART.10-A
(50) Datos complementarios del domicilio:
(51) Población/Ciudad: PIANTINI
(52) Correo electrónico:
(53) Código Postal: 10127
(54) Provincia/Región/Estado: REPUBLICA DOMINICANA
(55) País: DOMINICANA, REPUBLICA Código: DO
(57) Teléf. fijo:
(58) Teléf. móvil:
(59) N.º de FAX

**El representante del contribuyente o, en su caso, domiciliación a efectos de notificaciones en territorio español**

N.I.F.: ██████ 9T | F/J: F | Apellidos y nombre, razón social o denominación: MONNE BARCELO JOSEP MARIA

Representante Legal Voluntario: X

(31) Tipo de Vía: CALLE
(32) Nombre de la Vía Pública: CASTELLVELL
(33) Tipo de numeración: NUM
(34) Número de casa: 00007
(35) Calificador del número:
(36) Bloque:
(37) Portal:
(38) Escalera:
(39) Planta:
(40) Puerta:
(41) Datos complementarios del domicilio:
(42) Localidad / Población (si es distinta del municipio):
(43) Código Postal: 43202
(44) Nombre del Municipio: REUS
(45) Provincia: TARRAGONA
(46) Teléf. fijo: 977331214
(47) Teléf. móvil:
(48) N.º de FAX

**El pagador/Retenedor/emisor / Adquirente del inmueble**

N.I.F. | F/J | Apellidos y nombre, razón social o denominación:

**Situación del inmueble / Referencia catastral (sólo rentas 01, 02, 25 y 33)**

(31) Tipo de Vía: CTRA
(32) Nombre de la Vía Pública: AG. ERISTE
(33) Tipo de numeración: NUM
(34) Número de casa: 00001
(35) Calificador del número:
(36) Bloque:
(37) Portal:
(38) Escalera: 1
(39) Planta: 19
(40) Puerta: B
(41) Datos complementarios del domicilio:
(42) Localidad/Población (si es distinta del municipio):
(43) Código Postal: 22468
(44) Nombre del Municipio: SAHUN
(45) Provincia: HUESCA
(60) Referencia catastral: 2761301BH9148S0057KS

**Determinación de la base imponible**

**210 I Renta inmobiliaria imputada**
Base imponible [4] 794,80

**210 R Rendimientos**
Rendimientos íntegros [5]
Exención aplicada dividendos (límite anual 1.500euros) [6]
Gastos deducibles [7]
Base imponible ([5]-[6]-[7]) [8]

**210 G Ganancias patrimoniales (excepto bienes inmuebles)**
Base imponible [18]

**210 H Rentas derivadas de transmisiones de bienes inmuebles**
Cuota participación (%): Contribuyente | Cónyuge
C/Q
Cónyuge:
N.I.F. | Apellidos y nombre

| | Adquisición | Mejora o 2ª adquisición |
|---|---|---|
| Valor de transmisión | [9] | [13] |
| Valor de adquisición | [10] | [14] |
| Diferencia | [11] | [15] |
| Ganancia | [12] | [16] |
| Base imponible ([12] + [16]) | | [17] |
| Fecha de adquisición | | Fecha de mejora o 2ª adquisición |

Número de justificante del modelo 211

**Liquidación**

Exenciones:
Ley IRNR, excepto dividendos (límite anual 1.500 euros) [19]
Convenio [20]

Tipo de gravamen Ley IRNR (%) [21] 24,00
Cuota íntegra [22] 190,75
Deducción por donativos [23]
Cuota Ley IRNR (22)-(23) [24] 190,75
Porcentaje Convenio (%) [25]
Límite Convenio [26]

Reducción por Convenio (24)-(26) [27]
Cuota íntegra reducida (24)-(27) [28] 190,75
Retenciones/ingresos a cuenta [29]
Ingreso/Devolución anterior (*) [30]
Resultado de la autoliquidación (28)-(29)+(30) [31] 190,75
(*) exclusivamente en caso de autoliquidación complementaria

**Fecha y firma**
Fecha:
Firma:
Fdo: D/D.ª

Firma:
Fdo: D/D.ª

**Autoliquidación complementaria**
Nº de justificante de la autoliquidación anterior:

Ejemplar para el contribuyente/representante

3