AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Juan Ramon Gomis Rabassa, <br><br> *Plaintiff(s)* <br> v. <br> United States of America; Internal Revenue Service; Banco de Sabadell, S.A., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:21-cv-23713-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Banco de Sabadell, S.A.
c/o Registered Agent
Maurici Llado
1111 Brickell Avenue, Suite 3010
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Baron, Esq., Baron, Breslin & Sarmiento, The DuPont Building, Suite 700,
169 East Flagler Street, Miami, Florida 33131, Tel: 305-577-4626, Fax: 305-577-4630;
Email: RB@RichardBaronLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/21/2021

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Juan Ramon Gomis Rabassa,<br><br>*Plaintiff(s)*<br>v.<br>United States of America; Internal Revenue Service;<br>Banco de Sabadell, S.A.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-23713-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
c/o Civil Process Clerk, U.S. Atty's Office for Southern District of Florida
99 NE 4th Street
Miami, FL 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard Baron, Esq., Baron, Breslin & Sarmiento, The DuPont Building, Suite 700,
169 East Flagler Street, Miami, Florida 33131, Tel: 305-577-4626, Fax: 305-577-4630;
Email: RB@RichardBaronLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/21/2021

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Juan Ramon Gomis Rabassa, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-23713-JEM |
| United States of America; Internal Revenue Service; Banco de Sabadell, S.A., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States of America
c/o Civil Process Clerk, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard Baron, Esq., Baron, Breslin & Sarmiento, The DuPont Building, Suite 700, 169 East Flagler Street, Miami, Florida 33131, Tel: 305-577-4626, Fax: 305-577-4630; Email: RB@RichardBaronLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/21/2021

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Juan Ramon Gomis Rabassa,<br><br>*Plaintiff(s)*<br>v.<br>United States of America; Internal Revenue Service;<br>Banco de Sabadell, S.A.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:21-cv-23713-JEM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Internal Revenue Service
c/o Jeffrey Kramer, Tax Law Specialist
7850 SW 6 Court, Room 355
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard Baron, Esq., Baron, Breslin & Sarmiento, The DuPont Building, Suite 700,
169 East Flagler Street, Miami, Florida 33131, Tel: 305-577-4626, Fax: 305-577-4630;
Email: RB@RichardBaronLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  10/21/2021

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts