IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:21-cv-23713-JEM

JUAN RAMON GOMIS RABASSA,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
INTERNAL REVENUE SERVICE;
AND BANCO DE SABAELL, S.A.

    Defendants.

_____/

**BANCO DE SABADELL, S.A.'S RESPONSE TO AND NOTICE REGARDING PETITIONER'S MOTION TO STAY COMPLIANCE [ECF 9]**

    Respondent, Banco de Sabadell, S.A., Miami Branch ("Sabadell Miami Branch") received via mail the Summons from the Internal Revenue Service ("IRS") "In the Matter of the Spanish Income and Capital Tax liabilities of: Juan Ramon Gomis Rabassa" (the "Summons") on September 24th, 2021 which is the subject of the dispute between Petitioner, Juan Ramon Gomis Rabassa ("Rabassa") and the IRS. The Summons was addressed to Banco de Sabadell, S.A. This response is solely on behalf of Sabadell Miami Branch and not on behalf of any other affiliate of Sabadell Miami Branch or Banco de Sabadell S.A.

    On November 11, 2012, the United States of America stated that on "November 10, 2021, the Internal Revenue Service mailed a notice of withdrawal of the summons as issue to Banco de Sabadell and Petitioner. … As a result, Petitioner's motion to stay compliance with the summons is unnecessary." [ECF 20]. Pursuant to Local Rule 7.1(a)(3), Sabadell Miami Branch has conferred with the Parties in connection with: 1) the Petition to Quash Service of Process of the

Summons [ECF 1], 2) the Motion to Quash Service of Process of the Summons [ECF 5], and 3) the Motion to Stay Compliance of the Summons [ECF 9] (collectively, the "Petitioner's Motions"). Both counsel for the Petitioner and counsel for the IRS have advised Sabadell not to produce records responsive to the IRS Summons until after the Court rules on Petitioner's Motions. As a third-party custodian of records, Sabadell Miami Branch takes no position with respect to Petitioners' Motion or the arguments therein. Sabadell Miami Branch will comply with any order this Court issues with respect to production of the relevant records at issue in this matter.

    WHEREFORE, Sabadell hereby advises this Court that, as agreed to by the Parties, Sabadell Miami Branch will stay production of records in its possession until after this Court has ruled on the submissions.

Dated: November 12, 2021

Respectfully submitted,

By: /s/ Gustavo J. Membiela
    Gustavo J. Membiela
    Florida Bar No. 513555
    gmembiela@hunton.com
    HUNTON ANDREWS KURTH LLP
    Wells Fargo Center
    333 SE 2nd Avenue, Suite 2400
    Miami, Florida 33131
    Telephone: (305)810-2500
    Facsimile: (305)810-2460

    Sean B. O'Connell
    soconnell@hunton.com
    HUNTON ANDREWS KURTH LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, VA 23219
    Telephone: (804)788-8200
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2021, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

/s/ *Gustavo J. Membiela*
For Hunton Andrews Kurth LLP